## NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

## EASTOWN DISTRIBUTORS, CO., Respondent.

### No. 01–1255.

United States Court of Appeals, Sixth Circuit.

July 16, 2001.

Before BOGGS, NORRIS, and MOORE, Circuit Judges.

### *CONSENT JUDGMENT*

This court having on June 2, 1998, in Nos. 96–6704 and 97–5140, entered its judgment enforcing the Board's Decision and Order issued in Board Case Nos. 7–CA–31719(2)–(7), *et seq.*, against respondent Eastown Distributors, Co., its officers, agents, successors, and assigns, and the parties by a stipulation dated January 11, 2001, having consented to the entry of a consent judgment enforcing a supplemental Board order dated January 26, 2001, and the Board having applied to this court for the entry of a consent judgment, upon consideration of said application and stipulation:

It is hereby **ORDERED** and **ADJUDGED** by the court that the respondent Eastown Distributors, Co., its officers, agents, successors, and assigns, shall take the following affirmative action which the National Labor Relations Board has found necessary to effectuate the policies of the National Labor Relations Act, as amended:

(a) Make whole the claimants named on Exhibit F for the losses they suffered by payment to them of the total amounts set forth opposite their names, in installment payments as set forth in Exhibit F and carrying out the obligations described in the Stipulation and its Exhibits.

(b) Transmit to the Regional Office of the Seventh Region of the National Labor Relations Board installment payments, in the amounts set forth in Exhibit F, on the following dates:

December 29, 2000[1]
December 21, 2001
December 21, 2002
December 21, 2003
December 21, 2004
December 21, 2005
December 21, 2006

(c) Respondent Eastown will issue individual installment payment checks for each claimant as set forth on Exhibit F.

(d) Respondent Eastown will consider installment payments made prior to December 21, 2003, as interest payments which shall not be subject to payroll taxes as stated in paragraph (e) below. Payments made beginning on December 21, 2003, will be apportioned to backpay and interest in the manner reflected on Exhibit F and will be taxed accordingly.

(e) Respondent Eastown will issue individual installment payment checks for each claimant and make normal payroll deductions for federal income tax, state income tax, city income tax, if any, and social security taxes from the backpay portion of each payment. Respondent

---

**1.** Respondent Eastown timely forwarded the December 29, 2000, installment payment to the Regional Office. Exhibit F also provides for a November 2000 payment of $250,000.00 which was paid directly to the employees in the amounts indicated.

Eastown will make its matching F.I.C.A. contribution as applicable. A list showing the deductions shall accompany each check. Respondent Eastown agrees not to make any deductions for tax purposes from the interest portions.

(f) Should any payment due under the Stipulation not be made on or by the due date, Eastown shall have a 15–day grace period to cure any default. If the overdue payment is not made by the 15th day, the payment schedule shall accelerate and the entire remaining amount due shall be due and payable, and the Board may, without further notice, institute proceedings against respondent Eastown for the collection of the full indebtedness remaining due, with additional interest due on the entire unpaid balance from the date of default until full payment is received, computed in accordance with the formula set forth in *New Horizons for the Retarded,* 283 N.L.R.B. 1173 (1987).

Attachment F

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| HARRIS | EARLO LL | 8521.22 | 0.00 | 0.00 | 0.00 | 0.00 | 2097.53 | 2097.53 | 2097.53 | 2228.63 |
| | INTEREST | 9187.61 | 0.00 | 3015.20 | 2721.33 | 2375.10 | 426.06 | 321.18 | 216.31 | 111.41 |
| | TOTAL | 17708.83 | 0.00 | 3015.20 | 2721.33 | 2376.59 | 2523.59 | 2418.71 | 2313.84 | 2340.06 |
| AVERY | BARBIE D | 280.43 | 0.00 | 0.00 | 0.00 | 0.00 | 69.03 | 69.03 | 69.03 | 73.34 |
| | INTEREST | 302.35 | 0.00 | 99.23 | 89.55 | 78.19 | 14.02 | 10.57 | 7.12 | 3.67 |
| | TOTAL | 582.78 | 0.00 | 99.23 | 89.55 | 78.19 | 83.05 | 79.60 | 76.15 | 77.01 |
| TURNER | WILLIAM | 770.34 | 0.00 | 0.00 | 0.00 | 0.00 | 189.62 | 189.62 | 189.62 | 201.48 |
| | INTEREST | 830.59 | 0.00 | 272.58 | 246.02 | 214.81 | 38.52 | 29.04 | 19.55 | 10.07 |
| | TOTAL | 1600.93 | 0.00 | 272.58 | 246.02 | 214.81 | 228.14 | 218.66 | 209.17 | 211.55 |
| HOGUE | RAY T. | 1960.39 | 0.00 | 0.00 | 0.00 | 0.00 | 482.56 | 482.56 | 482.56 | 512.71 |
| | INTEREST | 2113.69 | 0.00 | 693.67 | 626.07 | 546.64 | 98.02 | 73.89 | 49.76 | 25.64 |
| | TOTAL | 4074.08 | 0.00 | 693.67 | 626.07 | 546.64 | 580.58 | 556.45 | 532.32 | 538.35 |
| MORRIS | MOSES F. | 333.87 | 0.00 | 0.00 | 0.00 | 0.00 | 82.18 | 82.18 | 82.18 | 87.33 |
| | INTEREST | 359.98 | 0.00 | 118.14 | 106.62 | 93.10 | 16.69 | 12.58 | 8.48 | 4.37 |
| | TOTAL | 693.85 | 0.00 | 118.14 | 106.62 | 93.10 | 98.87 | 94.76 | 90.66 | 91.70 |
| JENKINS | FREDERIC | 3193.99 | 0.00 | 0.00 | 0.00 | 0.00 | 786.21 | 786.21 | 786.21 | 835.36 |
| | INTEREST | 3443.76 | 300.00 | 830.18 | 1020.03 | 890.62 | 159.70 | 120.39 | 81.08 | 41.76 |
| | TOTAL | 6537.75 | 300.00 | 830.18 | 1020.03 | 890.62 | 945.91 | 906.60 | 867.29 | 877.12 |
| NELSON | CLINTON | 107067.93 | 0.00 | 0.00 | 34193.08 | 0.00 | 26355.18 | 26355.18 | 26355.18 | 28002.39 |
| | INTEREST | 115440.99 | 14000.00 | 23885.57 | 34193.08 | 29855.31 | 5353.40 | 4035.64 | 2717.88 | 1400.11 |
| | TOTAL | 222508.92 | 14000.00 | 23885.57 | 34193.08 | 29855.31 | 31708.58 | 30390.82 | 29073.06 | 29402.50 |
| BLACK | ARDIS T. | 3.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.82 | 0.82 | 0.82 | 0.87 |
| | INTEREST | 3.59 | 0.00 | 1.18 | 1.06 | 0.93 | 0.17 | 0.13 | 0.08 | 0.04 |
| | TOTAL | 6.92 | 0.00 | 1.18 | 1.06 | 0.93 | 0.99 | 0.95 | 0.90 | 0.91 |
| BURNS | MCCUNE F | 6984.84 | 0.00 | 0.00 | 0.00 | 0.00 | 1719.35 | 1719.35 | 1719.35 | 1826.79 |
| | INTEREST | 7531.09 | 0.00 | 2471.56 | 2230.67 | 1947.69 | 349.24 | 263.28 | 177.31 | 91.34 |
| | TOTAL | 14515.93 | 0.00 | 2471.56 | 2230.67 | 1947.69 | 2068.59 | 1982.63 | 1895.66 | 1918.13 |
| FRANCEK | DAVID A. | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.48 | 1.48 | 1.48 | 1.56 |
| | INTEREST | 6.46 | 0.00 | 2.12 | 1.91 | 1.67 | 0.30 | 0.23 | 0.15 | 0.08 |
| | TOTAL | 12.46 | 0.00 | 2.12 | 1.91 | 1.67 | 1.78 | 1.71 | 1.63 | 1.64 |
| NEIP | CHARLES | 3185.80 | 0.00 | 0.00 | 0.00 | 0.00 | 784.20 | 784.20 | 784.20 | 833.20 |
| | INTEREST | 3434.94 | 0.00 | 1127.28 | 1017.41 | 888.34 | 159.29 | 120.08 | 80.87 | 41.67 |
| | TOTAL | 6620.74 | 0.00 | 1127.28 | 1017.41 | 888.34 | 943.49 | 904.28 | 865.07 | 874.87 |
| DE LOOF | MAURICE | 163.28 | 0.00 | 0.00 | 0.00 | 0.00 | 40.19 | 40.19 | 40.19 | 42.71 |
| | INTEREST | 176.06 | 0.00 | 57.78 | 52.15 | 45.53 | 8.16 | 6.15 | 4.15 | 2.14 |
| | TOTAL | 339.34 | 0.00 | 57.78 | 52.15 | 45.53 | 48.35 | 46.34 | 44.34 | 44.85 |
| WOODS JR | WILLIE | 7823.90 | 0.00 | 0.00 | 0.00 | 0.00 | 4122.59 | 1208.59 | 1208.59 | 1284.13 |
| | INTEREST | 8114.82 | 0.00 | 4121.35 | 1713.67 | 1514.75 | 391.14 | 185.07 | 124.64 | 64.20 |
| | TOTAL | 15936.72 | 0.00 | 4121.35 | 1713.67 | 1514.75 | 4513.73 | 1393.66 | 1333.23 | 1348.33 |
| WILLIAMS | LARRY J | 1155.54 | 0.00 | 0.00 | 0.00 | 0.00 | 284.44 | 284.44 | 284.44 | 302.22 |
| | INTEREST | 1245.92 | 0.00 | 408.89 | 369.04 | 322.22 | 57.78 | 43.56 | 29.33 | 15.10 |
| | TOTAL | 2401.46 | 0.00 | 408.89 | 369.04 | 322.22 | 342.22 | 328.00 | 313.77 | 317.32 |
| BROWN | ELGIN H. | 202.56 | 0.00 | 0.00 | 0.00 | 0.00 | 49.86 | 49.86 | 49.86 | 52.98 |
| | INTEREST | 218.40 | 0.00 | 71.67 | 64.69 | 56.48 | 10.13 | 7.63 | 5.14 | 2.66 |
| | TOTAL | 420.96 | 0.00 | 71.67 | 64.69 | 56.48 | 59.99 | 57.49 | 55.00 | 55.64 |

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| KEYS | RONNIE L | 1273.79 | 0.00 | 0.00 | 0.00 | 0.00 | 313.55 | 313.55 | 313.55 | 333.14 |
| | INTEREST | 1373.40 | 0.00 | 450.22 | 406.29 | 355.19 | 63.69 | 48.01 | 32.33 | 16.67 |
| | TOTAL | 2647.19 | 0.00 | 450.72 | 406.79 | 355.19 | 377.24 | 361.56 | 345.88 | 349.81 |
| TEMPLE | WILLIAM | 2092.70 | 0.00 | 0.00 | 0.00 | 0.00 | 515.13 | 515.13 | 515.13 | 542.31 |
| | INTEREST | 2256.36 | 0.00 | 740.50 | 668.32 | 583.54 | 104.64 | 78.88 | 53.12 | 27.36 |
| | TOTAL | 4349.06 | 0.00 | 740.50 | 668.32 | 583.54 | 619.77 | 594.01 | 568.25 | 574.67 |
| LE JEUNE | DE VOL L | 65.98 | 0.00 | 0.00 | 0.00 | 0.00 | 16.24 | 16.24 | 16.24 | 17.26 |
| | INTEREST | 71.14 | 0.00 | 23.35 | 21.07 | 18.40 | 3.30 | 2.49 | 1.67 | 0.86 |
| | TOTAL | 137.12 | 0.00 | 23.35 | 21.07 | 18.40 | 16.54 | 18.73 | 17.91 | 18.12 |
| FAZZIO | ANTHONY | 2089.87 | 0.00 | 0.00 | 0.00 | 0.00 | 514.43 | 514.43 | 514.43 | 546.58 |
| | INTEREST | 2253.30 | 0.00 | 739.49 | 667.42 | 582.75 | 104.49 | 78.77 | 53.05 | 27.33 |
| | TOTAL | 4343.17 | 0.00 | 739.49 | 667.42 | 582.75 | 618.92 | 593.20 | 567.48 | 573.91 |
| SMITH | KENNETH | 217.99 | 0.00 | 0.00 | 0.00 | 0.00 | 53.66 | 53.66 | 53.66 | 57.01 |
| | INTEREST | 235.05 | 0.00 | 77.14 | 69.62 | 60.79 | 10.90 | 8.22 | 5.53 | 2.85 |
| | TOTAL | 453.04 | 0.00 | 77.14 | 69.62 | 60.79 | 64.56 | 61.88 | 59.19 | 59.86 |
| COLE | KEVIN M. | 1006.88 | 0.00 | 0.00 | 0.00 | 0.00 | 247.85 | 247.85 | 247.85 | 263.33 |
| | INTEREST | 1085.63 | 0.00 | 356.28 | 321.56 | 280.77 | 50.34 | 37.95 | 25.55 | 13.17 |
| | TOTAL | 2092.51 | 0.00 | 356.28 | 321.56 | 280.77 | 298.19 | 285.80 | 273.41 | 276.50 |
| ANDERSON | SHERROD | 105.43 | 0.00 | 0.00 | 0.00 | 0.00 | 25.95 | 25.95 | 25.95 | 27.58 |
| | INTEREST | 113.67 | 0.00 | 37.30 | 33.67 | 29.40 | 5.27 | 3.97 | 2.68 | 1.38 |
| | TOTAL | 219.10 | 0.00 | 37.30 | 33.67 | 29.40 | 31.22 | 29.92 | 28.63 | 28.96 |
| JORDAN | JOHN F | 285.03 | 0.00 | 0.00 | 0.00 | 0.00 | 70.41 | 70.41 | 70.41 | 74.80 |
| | INTEREST | 308.39 | 0.00 | 101.21 | 91.34 | 79.76 | 14.30 | 10.78 | 7.26 | 3.74 |
| | TOTAL | 594.42 | 0.00 | 101.21 | 91.34 | 79.76 | 84.71 | 81.19 | 77.67 | 78.54 |
| MCGEE | AMIR S | 264.04 | 0.00 | 0.00 | 0.00 | 0.00 | 64.99 | 64.99 | 64.99 | 69.07 |
| | INTEREST | 284.69 | 0.00 | 93.43 | 84.32 | 73.63 | 13.20 | 9.95 | 6.70 | 3.46 |
| | TOTAL | 548.73 | 0.00 | 93.43 | 84.32 | 73.63 | 78.19 | 74.94 | 71.69 | 72.53 |
| ADAMS | GREGORY | 1088.42 | 0.00 | 0.00 | 0.00 | 0.00 | 267.92 | 267.92 | 267.92 | 284.66 |
| | INTEREST | 1173.54 | 0.00 | 385.13 | 347.60 | 303.50 | 54.42 | 41.03 | 27.63 | 14.23 |
| | TOTAL | 2261.96 | 0.00 | 385.13 | 347.60 | 303.50 | 322.34 | 308.95 | 295.55 | 298.89 |
| HICKEY | COURTNEY | 324.94 | 0.00 | 0.00 | 0.00 | 0.00 | 79.99 | 79.99 | 79.99 | 84.97 |
| | INTEREST | 350.36 | 0.00 | 114.98 | 103.77 | 90.61 | 16.25 | 12.25 | 8.25 | 4.25 |
| | TOTAL | 675.30 | 0.00 | 114.98 | 103.77 | 90.61 | 96.24 | 92.24 | 88.24 | 89.22 |
| BELL | MARK | 624.81 | 0.00 | 0.00 | 0.00 | 0.00 | 153.80 | 153.80 | 153.80 | 163.41 |
| | INTEREST | 673.67 | 0.00 | 221.09 | 199.54 | 174.22 | 31.24 | 23.55 | 15.86 | 8.17 |
| | TOTAL | 1298.48 | 0.00 | 221.09 | 199.54 | 174.22 | 185.04 | 177.35 | 169.66 | 171.58 |
| KNOLTON | FRANK B | 1741.75 | 0.00 | 0.00 | 0.00 | 0.00 | 428.74 | 428.74 | 428.74 | 455.53 |
| | INTEREST | 1877.95 | 0.00 | 616.31 | 556.24 | 485.67 | 87.09 | 65.65 | 44.21 | 22.78 |
| | TOTAL | 3619.70 | 0.00 | 616.31 | 556.24 | 485.67 | 515.83 | 494.39 | 472.95 | 478.31 |
| LIGHT | PHILLIP | 51762.75 | 0.00 | 0.00 | 0.00 | 0.00 | 12741.60 | 12741.60 | 12741.60 | 13537.95 |
| | INTEREST | 55810.78 | 0.00 | 18316.05 | 16530.89 | 14433.77 | 2588.14 | 1951.06 | 1313.98 | 676.89 |
| | TOTAL | 107573.53 | 0.00 | 18316.05 | 16530.89 | 14433.77 | 15329.74 | 14692.66 | 14055.58 | 14214.84 |
| PIDGEON | DEAN L | 4118.35 | 0.00 | 0.00 | 0.00 | 0.00 | 1013.75 | 1013.75 | 1013.75 | 1077.10 |
| | INTEREST | 4440.40 | 0.00 | 1457.26 | 1315.23 | 1148.37 | 205.92 | 155.23 | 104.54 | 53.85 |
| | TOTAL | 8558.75 | 0.00 | 1457.26 | 1315.23 | 1148.37 | 1219.67 | 1168.98 | | |

350

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| DUGAN | DANIEL J | 59860.06 | 0.00 | 0.00 | 0.00 | 0.00 | 14734.78 | 14734.78 | 14734.78 | 15655.72 |
| | INTEREST | 64541.32 | 0.00 | 2118.25 | 19116.84 | 16691.66 | 2931.00 | 2256.26 | 1519.52 | 282.79 |
| | TOTAL | 124401.38 | 0.00 | 21181.25 | 19116.84 | 16691.66 | 17727.78 | 16991.04 | 16254.30 | 16438.51 |
| WHITE | TERENCE | 6719.90 | 0.00 | 0.00 | 0.00 | 0.00 | 1654.13 | 1654.13 | 1654.13 | 1257.51 |
| | INTEREST | 7245.43 | 0.00 | 2377.81 | 2146.06 | 1873.81 | 336.00 | 253.29 | 170.58 | 87.88 |
| | TOTAL | 13965.33 | 0.00 | 2377.81 | 2146.06 | 1873.81 | 1990.13 | 1907.42 | 1824.71 | 1845.39 |
| GASSER | FRANK G | 58619.59 | 0.00 | 0.00 | 0.00 | 0.00 | 14429.44 | 14429.44 | 14429.44 | 15331.27 |
| | INTEREST | 63203.84 | 0.00 | 20742.32 | 18720.68 | 16345.75 | 2930.98 | 2209.52 | 1408.04 | 766.55 |
| | TOTAL | 121823.43 | 0.00 | 20742.32 | 18720.68 | 16345.75 | 17360.42 | 16638.95 | 15837.48 | 16097.82 |
| MARCH | RONALD H | 22326.28 | 0.00 | 0.00 | 0.00 | 0.00 | 5495.70 | 5495.70 | 5495.70 | 5839.18 |
| | INTEREST | 24022.27 | 0.00 | 7900.07 | 7130.09 | 6225.56 | 1116.31 | 841.53 | 566.74 | 291.97 |
| | TOTAL | 46398.55 | 0.00 | 7900.07 | 7130.09 | 6225.56 | 6612.01 | 6337.23 | 6062.44 | 6131.15 |
| ZIELINSKI | MICHAEL | | | | | | | | | |
| | INTEREST | 2.06 | 0.00 | 0.68 | 0.61 | 0.53 | 0.10 | 0.07 | 0.05 | 0.02 |
| | TOTAL | 3.96 | 0.00 | 0.68 | 0.61 | 0.53 | 0.57 | 0.54 | 0.52 | 0.51 |
| RAMOS JR. | JULIO | 2280.18 | 0.00 | 0.00 | 0.00 | 0.00 | 561.28 | 561.28 | 561.28 | 596.34 |
| | INTEREST | 2458.49 | 0.00 | 806.83 | 728.19 | 635.81 | 114.01 | 85.94 | 57.88 | 29.83 |
| | TOTAL | 4738.67 | 0.00 | 806.83 | 728.19 | 635.81 | 675.29 | 647.22 | 619.16 | 626.17 |
| THOMPSON | ANDRE L. | 743.28 | 0.00 | 0.00 | 0.00 | 0.00 | 182.96 | 182.96 | 182.96 | 194.40 |
| | INTEREST | 801.40 | 0.00 | 263.00 | 237.37 | 207.26 | 37.16 | 28.02 | 18.87 | 9.72 |
| | TOTAL | 1544.68 | 0.00 | 263.00 | 237.37 | 207.26 | 220.12 | 210.98 | 201.83 | 204.12 |
| KRISEL | JOHN H. | 87.40 | 0.00 | 0.00 | 0.00 | 0.00 | 21.51 | 21.51 | 21.51 | 22.87 |
| | INTEREST | 94.24 | 0.00 | 30.93 | 27.91 | 24.37 | 4.37 | 3.29 | 2.22 | 1.15 |
| | TOTAL | 181.64 | 0.00 | 30.93 | 27.91 | 24.37 | 25.88 | 24.80 | 23.73 | 24.02 |
| WOODARD | RICARDO | 343.93 | 0.00 | 0.00 | 0.00 | 0.00 | 84.66 | 84.66 | 84.66 | 89.95 |
| | INTEREST | 370.83 | 0.00 | 121.70 | 109.84 | 95.90 | 17.20 | 12.96 | 8.73 | 4.50 |
| | TOTAL | 714.76 | 0.00 | 121.70 | 109.84 | 95.90 | 101.86 | 97.62 | 93.39 | 94.45 |
| VANZANT | REGINALD | 3209.31 | 0.00 | 0.00 | 0.00 | 0.00 | 789.98 | 789.98 | 789.98 | 839.37 |
| | INTEREST | 3460.29 | 0.00 | 1135.60 | 1024.92 | 894.90 | 160.47 | 120.97 | 81.47 | 41.96 |
| | TOTAL | 6669.60 | 0.00 | 1135.60 | 1024.92 | 894.90 | 950.45 | 910.95 | 871.45 | 881.33 |
| MC CANN | ERIC K. | 97.98 | 0.00 | 0.00 | 0.00 | 0.00 | 24.12 | 24.12 | 24.12 | 25.62 |
| | INTEREST | 105.63 | 0.00 | 34.67 | 31.29 | 27.32 | 4.90 | 3.69 | 2.49 | 1.27 |
| | TOTAL | 203.61 | 0.00 | 34.67 | 31.29 | 27.32 | 29.02 | 27.81 | 26.61 | 26.89 |
| STURZA | HAROLD J. | 41413.19 | 5000.00 | 0.00 | 0.00 | 0.00 | 10194.02 | 10194.02 | 10194.02 | 10831.13 |
| | INTEREST | 44651.84 | 0.00 | 9653.90 | 13225.66 | 11547.84 | 2070.66 | 1560.96 | 1051.26 | 541.56 |
| | TOTAL | 86065.03 | 5000.00 | 9653.90 | 13225.66 | 11547.84 | 12264.68 | 11754.98 | 11245.28 | 11372.69 |
| MCKENZIE | DONALD S | 52.79 | 0.00 | 0.00 | 0.00 | 0.00 | 12.99 | 12.99 | 12.99 | 13.82 |
| | INTEREST | 56.91 | 0.00 | 18.68 | 16.86 | 14.72 | 2.64 | 1.99 | 1.34 | 0.68 |
| | TOTAL | 109.70 | 0.00 | 18.68 | 16.86 | 14.72 | 15.63 | 14.98 | 14.33 | 14.50 |
| TAYLOR | LAWRENCE | 73123.29 | 0.00 | 0.00 | 0.00 | 0.00 | 17999.58 | 17999.58 | 17999.58 | 19124.55 |
| | INTEREST | 78841.77 | 0.00 | 25874.39 | 23352.56 | 20390.03 | 3656.16 | 2756.19 | 1855.21 | 956.23 |
| | TOTAL | 151965.06 | 0.00 | 25874.39 | 23352.56 | 20390.03 | 21655.74 | 20755.77 | 19855.79 | 20080.78 |
| USUSAN | DANIEL | 150.76 | 0.00 | 0.00 | 0.00 | 0.00 | 37.11 | 37.11 | 37.11 | 39.43 |
| | INTEREST | 162.56 | 0.00 | 53.35 | 48.15 | 42.04 | 7.54 | 5.69 | 3.83 | 1.97 |
| | TOTAL | 313.32 | 0.00 | 53.35 | 48.15 | 42.04 | 44.65 | 42.79 | 40.94 | 41.40 |

EASTOWN DISTRIBUTORS

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| COX THOMAS L | | 1428.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1058.86 | 120.86 | 120.86 | 128.40 |
| | INTEREST | 1436.99 | 0.00 | 940.73 | 203.67 | 183.78 | 71.42 | 18.51 | 12.46 | 6.42 |
| | TOTAL | 2865.97 | 0.00 | 940.73 | 203.67 | 183.78 | 1130.28 | 139.37 | 133.32 | 134.82 |
| MATTHEWS DARRELL | INTEREST | 6729.00 | 0.00 | 2208.33 | 1993.10 | 1740.25 | 312.05 | 235.24 | 158.42 | 81.61 |
| | TOTAL | 12969.93 | 0.00 | 2208.33 | 1993.10 | 1740.25 | 1848.28 | 1771.47 | 1694.65 | 1713.85 |
| REEDY RICHARD | INTEREST | 16461.36 | 0.00 | 0.00 | 0.00 | 0.00 | 12599.13 | 1261.13 | 1261.13 | 1339.97 |
| | INTEREST | 16498.56 | 0.00 | 11086.88 | 2203.04 | 1995.47 | 823.02 | 195.11 | 130.05 | 66.99 |
| | TOTAL | 32959.92 | 0.00 | 11086.88 | 2203.04 | 1995.47 | 13422.15 | 1456.24 | 1391.18 | 1406.96 |
| MUER MICHAEL | INTEREST | 6036.49 | 0.00 | 0.00 | 0.00 | 0.00 | 1485.91 | 1485.91 | 1485.91 | 1578.76 |
| | INTEREST | 6508.56 | 0.00 | 2135.99 | 1927.80 | 1683.24 | 301.82 | 227.53 | 153.23 | 78.95 |
| | TOTAL | 12545.05 | 0.00 | 2135.99 | 1927.80 | 1683.24 | 1787.73 | 1713.44 | 1639.14 | 1657.71 |
| LONG DORIAN M | | 901.31 | 0.00 | 0.00 | 0.00 | 0.00 | 221.86 | 221.86 | 221.86 | 235.73 |
| | INTEREST | 971.79 | 0.00 | 318.92 | 287.84 | 251.32 | 45.07 | 33.97 | 22.88 | 11.79 |
| | TOTAL | 1873.10 | 0.00 | 318.92 | 287.84 | 251.32 | 266.93 | 255.83 | 244.74 | 247.52 |
| SLOAN DALE A | | 747.09 | 0.00 | 0.00 | 0.00 | 0.00 | 183.90 | 183.90 | 183.90 | 195.39 |
| | INTEREST | 805.50 | 0.00 | 264.35 | 238.59 | 208.32 | 37.35 | 28.16 | 18.96 | 9.77 |
| | TOTAL | 1552.59 | 0.00 | 264.35 | 238.59 | 208.32 | 221.25 | 212.06 | 202.86 | 205.16 |
| CHAMBERS PATRICK | INTEREST | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 16.00 | 16.00 | 17.00 |
| | INTEREST | 70.09 | 0.00 | 23.00 | 20.76 | 18.13 | 3.25 | 2.45 | 1.65 | 0.85 |
| | TOTAL | 135.09 | 0.00 | 23.00 | 20.76 | 18.13 | 19.25 | 18.45 | 17.65 | 17.85 |
| HAMBLETON CHRISTOP | INTEREST | 532.70 | 0.00 | 0.00 | 0.00 | 0.00 | 131.13 | 131.13 | 131.13 | 139.31 |
| | INTEREST | 574.35 | 100.00 | 88.49 | 170.12 | 148.54 | 26.63 | 20.08 | 13.52 | 6.97 |
| | TOTAL | 1107.05 | 100.00 | 88.49 | 170.12 | 148.54 | 157.76 | 151.21 | 144.65 | 146.28 |
| SHOULDERS BERNARD | INTEREST | 53.40 | 0.00 | 0.00 | 0.00 | 0.00 | 13.14 | 13.14 | 13.14 | 13.98 |
| | INTEREST | 57.58 | 0.00 | 18.90 | 17.05 | 14.89 | 2.67 | 2.01 | 1.36 | 0.70 |
| | TOTAL | 110.98 | 0.00 | 18.90 | 17.05 | 14.89 | 15.81 | 15.15 | 14.50 | 14.68 |
| JOHNSON ANTHONY | INTEREST | 95.05 | 0.00 | 0.00 | 0.00 | 0.00 | 23.40 | 23.40 | 23.40 | 24.85 |
| | INTEREST | 102.49 | 0.00 | 33.64 | 30.36 | 26.51 | 4.75 | 3.58 | 2.41 | 1.24 |
| | TOTAL | 197.54 | 0.00 | 33.64 | 30.36 | 26.51 | 28.15 | 26.98 | 25.81 | 26.09 |
| TATUM ANTHONY | INTEREST | 882.31 | 0.00 | 0.00 | 0.00 | 0.00 | 217.18 | 217.18 | 217.18 | 230.77 |
| | INTEREST | 951.31 | 0.00 | 312.20 | 281.77 | 246.03 | 44.12 | 33.26 | 22.40 | 11.53 |
| | TOTAL | 1833.62 | 0.00 | 312.20 | 281.77 | 246.03 | 261.30 | 250.44 | 239.58 | 242.30 |
| GARCIA RICARDO | INTEREST | 33.27 | 0.00 | 0.00 | 0.00 | 0.00 | 8.19 | 8.19 | 8.19 | 8.70 |
| | INTEREST | 35.87 | 0.00 | 11.77 | 10.62 | 9.28 | 1.66 | 1.25 | 0.84 | 0.45 |
| | TOTAL | 69.14 | 0.00 | 11.77 | 10.62 | 9.28 | 9.85 | 9.44 | 9.03 | 9.15 |
| PONDER SR. MELVIN | INTEREST | 122975.20 | 14000.00 | 29514.30 | 39273.20 | 34290.97 | 30270.82 | 30270.82 | 30270.82 | 32162.74 |
| | INTEREST | 132592.26 | 14000.00 | 29514.30 | 39273.20 | 34290.97 | 6149.16 | 4635.22 | 3121.68 | 1608.13 |
| | TOTAL | 255567.46 | 14000.00 | 29514.30 | 39273.20 | 34290.97 | 36419.58 | 34906.04 | 33392.50 | 33770.87 |
| RATFIELD JOSEPH B | INTEREST | 14.97 | 0.00 | 0.00 | 0.00 | 0.00 | 3.68 | 3.68 | 3.68 | 3.93 |
| | INTEREST | 16.15 | 0.00 | 5.30 | 4.78 | 4.18 | 0.75 | 0.56 | 0.38 | 0.20 |
| | TOTAL | 31.12 | 0.00 | 5.30 | 4.78 | 4.18 | 4.43 | 4.24 | 4.06 | 4.13 |
| MCPHERSON JAMES | INTEREST | 48654.30 | 5000.00 | 0.00 | 0.00 | 0.00 | 11975.44 | 11976.44 | 11976.44 | 12724.98 |
| | INTEREST | 52459.22 | 5000.00 | 12216.13 | 15538.17 | 13566.99 | 2432.71 | 1833.89 | 1235.07 | 632.56 |
| | TOTAL | 101113.52 | 5000.00 | 12216.13 | 12216.13 | | | | | |

EASTOWN DISTRIBUTORS

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| HAMBLETON | MARK INTEREST | 115618.87 | 0.00 | 0.00 | 0.00 | 0.00 | 28460.03 | 28460.03 | 28460.03 | 30238.78 |
| | TOTAL | 124660.65 | 14000.00 | 26911.29 | 36923.90 | 32239.70 | 5780.94 | 4357.94 | 2934.94 | 1511.94 |
| | TOTAL | 240279.52 | 14000.00 | 26911.29 | 36923.90 | 32239.70 | 34240.97 | 32817.97 | 31394.97 | 31750.72 |
| FREEMAN | DEREK L INTEREST | 83.38 | 0.00 | 0.00 | 0.00 | 0.00 | 20.52 | 20.52 | 20.52 | 21.82 |
| | TOTAL | 89.91 | 0.00 | 29.51 | 26.63 | 23.25 | 4.17 | 3.14 | 2.12 | 1.09 |
| | TOTAL | 173.29 | 0.00 | 29.51 | 26.63 | 23.25 | 24.69 | 23.66 | 22.64 | 22.91 |
| LUKAS | JOSEPH INTEREST | 871.47 | 0.00 | 0.00 | 0.00 | 0.00 | 214.52 | 214.52 | 214.52 | 227.91 |
| | INTEREST | 939.63 | 0.00 | 308.37 | 278.31 | 243.01 | 43.57 | 32.85 | 22.12 | 11.40 |
| | TOTAL | 1811.10 | 0.00 | 308.37 | 278.31 | 243.01 | 258.08 | 247.37 | 235.64 | 239.31 |
| HARRIS | WILLIAM INTEREST | 26.73 | 0.00 | 0.00 | 0.00 | 0.00 | 6.58 | 6.58 | 6.58 | 6.99 |
| | | 28.83 | 0.00 | 9.46 | 8.54 | 7.46 | 1.34 | 1.01 | 0.68 | 0.34 |
| | TOTAL | 55.56 | 0.00 | 9.46 | 8.54 | 7.46 | 7.92 | 7.59 | 7.26 | 7.33 |
| ROSENBERG | ROBERT A INTEREST | 1226.74 | 0.00 | 0.00 | 0.00 | 0.00 | 301.97 | 301.97 | 301.97 | 320.82 |
| | | 1322.66 | 0.00 | 434.07 | 391.77 | 342.07 | 61.34 | 46.24 | 31.14 | 16.03 |
| | TOTAL | 2549.40 | 0.00 | 434.07 | 391.77 | 342.07 | 363.31 | 348.21 | 333.11 | 336.86 |
| KUROWSKI | NORMAN INTEREST | 1844.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1844.00 | 0.00 | 0.00 | 0.00 |
| | INTEREST | 1785.45 | 0.00 | 1509.00 | 92.15 | 92.15 | 92.15 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 3629.45 | 0.00 | 1509.00 | 92.15 | 92.15 | 1936.15 | 0.00 | 0.00 | 0.00 |
| EVANS | KENNETH INTEREST | 1578.45 | 0.00 | 0.00 | 0.00 | 0.00 | 388.54 | 388.54 | 388.54 | 412.83 |
| | | 1701.88 | 0.00 | 558.53 | 504.09 | 440.14 | 78.92 | 59.50 | 40.07 | 20.61 |
| | TOTAL | 3280.33 | 0.00 | 558.53 | 504.09 | 440.14 | 467.46 | 448.04 | 428.61 | 433.46 |
| KADLUBOSKI | RAYMOND INTEREST | 11717.93 | 1050.00 | 3096.34 | 3742.22 | 3267.48 | 2884.41 | 2884.41 | 2884.41 | 3064.70 |
| | TOTAL | 12634.31 | 1050.00 | 3096.34 | 3742.22 | 3267.48 | 585.90 | 441.68 | 297.46 | 153.23 |
| | | 24352.24 | 1050.00 | 3096.34 | 3742.22 | 3267.48 | 3470.31 | 3326.09 | 3181.87 | 3217.93 |
| WALKER | DERRICK INTEREST | 8982.60 | 0.00 | 0.00 | 0.00 | 0.00 | 2211.10 | 2211.10 | 2211.10 | 2349.30 |
| | INTEREST | 9685.06 | 0.00 | 3178.46 | 2868.67 | 2504.75 | 449.13 | 338.57 | 228.02 | 117.46 |
| | TOTAL | 18667.66 | 0.00 | 3178.46 | 2868.57 | 2504.75 | 2660.23 | 2549.67 | 2439.12 | 2466.76 |
| ADAMS II | STEVEN E INTEREST | 492.09 | 0.00 | 0.00 | 0.00 | 0.00 | 121.13 | 121.13 | 121.13 | 128.70 |
| | TOTAL | 530.58 | 0.00 | 174.13 | 157.16 | 137.22 | 24.60 | 18.55 | 12.49 | 6.43 |
| | | 1022.67 | 0.00 | 174.13 | 157.16 | 137.22 | 145.73 | 139.68 | 133.62 | 135.13 |
| WALKER | DANA L INTEREST | 7227.27 | 600.00 | 1957.34 | 2308.09 | 2015.29 | 1779.02 | 1779.02 | 1779.02 | 1890.21 |
| | INTEREST | 7792.47 | 600.00 | 1957.34 | 2308.09 | 2015.29 | 361.36 | 272.41 | 183.46 | 94.52 |
| | TOTAL | 15019.74 | 600.00 | 1957.34 | 2308.09 | 2015.29 | 2140.38 | 2051.43 | 1962.48 | 1984.73 |
| KRULA | JEFFREY INTEREST | 29476.89 | 0.00 | 0.00 | 0.00 | 0.00 | 7255.85 | 7255.85 | 7255.85 | 7709.34 |
| | INTEREST | 31782.08 | 0.00 | 10430.28 | 9413.70 | 8219.47 | 1473.84 | 1111.05 | 748.26 | 385.48 |
| | TOTAL | 61258.97 | 0.00 | 10430.28 | 9413.70 | 8219.47 | 8729.69 | 8366.90 | 8004.11 | 8094.82 |
| ROSENBERG | GREGORY INTEREST | 63644.75 | 8000.00 | 14520.45 | 20325.51 | 17746.99 | 15666.40 | 15666.40 | 15666.40 | 16645.55 |
| | TOTAL | 68621.98 | 8000.00 | 14520.45 | 20325.51 | 17746.99 | 3182.24 | 2398.92 | 1615.60 | 832.27 |
| | | 132266.73 | 8000.00 | 14520.45 | 20325.51 | 17746.99 | 18848.64 | 18065.32 | 17282.00 | 17477.82 |
| TIERPO | ALEXANDE | 19233.96 | 0.00 | 0.00 | 0.00 | 0.00 | 4735.99 | 4735.99 | 4735.99 | 5031.99 |
| | INTEREST | 20744.58 | 1650.00 | 5157.98 | 6144.45 | 5364.96 | 962.00 | 725.20 | 488.40 | 251.59 |
| | TOTAL | 39984.54 | 1650.00 | 5157.98 | 6144.45 | 5364.96 | 5697.99 | 5461.19 | 5224.39 | 5283.58 |
| FISCHER III | JOSEPH A INTEREST | 8386.52 | 0.00 | 2967.54 | 2678.31 | 2338.31 | 2064.37 | 2064.37 | 2064.37 | 2193.41 |
| | INTEREST | 9042.38 | 0.00 | | 2678.31 | 2338.31 | 413.33 | 316.11 | 212.89 | 109.66 |
| | TOTAL | 17428.90 | 0.00 | | 1678.31 | 2338.54 | 2481.70 | 1380.48 | | |

EASTOWN DISTRIBUTORS

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| BRADLEY | WILLIAM | 16153.83 | 0.00 | 0.00 | 0.00 | 0.00 | 3976.33 | 3976.33 | 3976.33 | 4224.84 |
| | INTEREST | 17417.11 | 0.00 | 5715.97 | 5158.87 | 4504.41 | 807.69 | 608.87 | 410.06 | 211.24 |
| | TOTAL | 33570.94 | 0.00 | 5715.97 | 5158.87 | 4504.41 | 4784.02 | 4585.20 | 4386.39 | 4436.08 |
| COPELAND | FLOYD J | 247.40 | 0.00 | 0.00 | 0.00 | 0.00 | 60.90 | 60.90 | 60.90 | 64.70 |
| | INTEREST | 266.75 | 0.00 | 87.54 | 79.01 | 68.99 | 12.37 | 9.33 | 6.28 | 3.23 |
| | TOTAL | 514.15 | 0.00 | 87.54 | 79.01 | 68.99 | 73.27 | 70.23 | 67.18 | 67.93 |
| SOLOMON | DAVID | 3020.34 | 0.00 | 0.00 | 0.00 | 0.00 | 743.47 | 743.47 | 743.47 | 789.93 |
| | INTEREST | 3256.54 | 0.00 | 1068.74 | 964.57 | 842.21 | 151.02 | 113.84 | 76.67 | 39.49 |
| | TOTAL | 6276.88 | 0.00 | 1068.74 | 964.57 | 842.21 | 894.49 | 857.31 | 820.14 | 829.42 |
| WALKER | LENAY | 90.74 | 0.00 | 0.00 | 0.00 | 0.00 | 22.34 | 22.34 | 22.34 | 23.72 |
| | INTEREST | 97.82 | 0.00 | 32.10 | 28.97 | 25.30 | 4.54 | 3.42 | 2.30 | 1.19 |
| | TOTAL | 188.56 | 0.00 | 32.10 | 28.97 | 25.30 | 26.88 | 25.76 | 24.64 | 24.91 |
| ALVAREZ | NOEL | 12011.82 | 0.00 | 0.00 | 0.00 | 0.00 | 2956.75 | 2956.75 | 2956.75 | 1141.54 |
| | INTEREST | 12951.18 | 1050.00 | 3200.33 | 3836.08 | 3349.43 | 600.59 | 452.75 | 304.92 | 157.08 |
| | TOTAL | 24963.00 | 1050.00 | 3200.33 | 3836.08 | 3349.43 | 3557.35 | 3409.51 | 3261.68 | 3298.62 |
| BAFFO | SALVATOR | 93241.99 | 0.00 | 0.00 | 0.00 | 0.00 | 22951.87 | 22951.87 | 22951.87 | 24386.38 |
| | INTEREST | 100533.81 | 11000.00 | 21993.31 | 29777.64 | 26000.02 | 4662.10 | 3514.51 | 2366.91 | 1219.32 |
| | TOTAL | 193775.80 | 11000.00 | 21993.31 | 29777.54 | 26000.02 | 27613.97 | 26466.38 | 25318.78 | 25605.70 |
| WALKER | ARTHUR L | 125461.57 | 0.00 | 0.00 | 0.00 | 0.00 | 30882.85 | 30882.85 | 30882.85 | 32813.02 |
| | INTEREST | 135273.07 | 14000.00 | 30394.09 | 40067.25 | 34984.28 | 6273.08 | 4728.94 | 3184.79 | 1640.64 |
| | TOTAL | 260734.64 | 14000.00 | 30394.09 | 40067.25 | 34984.28 | 37155.93 | 35611.79 | 34067.64 | 34453.66 |
| CARTER | DANIEL H | 23826.57 | 0.00 | 0.00 | 0.00 | 0.00 | 5865.00 | 5865.00 | 5865.00 | 6231.52 |
| | INTEREST | 25689.87 | 2400.00 | 6030.93 | 7609.22 | 6643.91 | 1191.33 | 898.08 | 604.83 | 311.57 |
| | TOTAL | 49516.44 | 2400.00 | 6030.93 | 7609.22 | 6643.91 | 7056.33 | 6763.08 | 6469.83 | 6543.14 |
| ZITO | JOSEPH S | 8.02 | 0.00 | 0.00 | 0.00 | 0.00 | 1.97 | 1.97 | 1.97 | 2.11 |
| | INTEREST | 8.66 | 0.00 | 2.84 | 2.57 | 2.24 | 0.40 | 0.30 | 0.20 | 0.11 |
| | TOTAL | 16.68 | 0.00 | 2.84 | 2.57 | 2.24 | 2.37 | 2.27 | 2.17 | 2.22 |
| MILETE | JOSE J | 10613.38 | 0.00 | 0.00 | 0.00 | 0.00 | 2612.52 | 2612.52 | 2612.52 | 2775.82 |
| | INTEREST | 11443.37 | 900.00 | 2855.50 | 3389.47 | 2959.48 | 530.67 | 400.04 | 269.42 | 138.79 |
| | TOTAL | 22056.75 | 900.00 | 2855.50 | 3389.47 | 2959.48 | 3143.19 | 3012.56 | 2881.94 | 2914.61 |
| MILETE | MIGUEL A | 26530.02 | 0.00 | 0.00 | 0.00 | 0.00 | 6530.47 | 6530.47 | 6530.47 | 6938.61 |
| | INTEREST | 28604.76 | 2250.00 | 7137.55 | 8472.60 | 7397.75 | 1326.50 | 999.98 | 673.45 | 346.93 |
| | TOTAL | 55134.78 | 2250.00 | 7137.55 | 8472.60 | 7397.75 | 7856.97 | 7530.45 | 7203.92 | 7285.54 |
| MILETE | MANUEL J | 4.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1.17 | 1.17 | 1.17 | 1.24 |
| | INTEREST | 5.13 | 0.00 | 1.68 | 1.52 | 1.33 | 0.24 | 0.18 | 0.12 | 0.06 |
| | TOTAL | 9.88 | 0.00 | 1.68 | 1.52 | 1.33 | 1.41 | 1.35 | 1.29 | 1.30 |
| LOWRY | MICHAEL | 7.93 | 0.00 | 0.00 | 0.00 | 0.00 | 1.95 | 1.95 | 1.95 | 2.08 |
| | INTEREST | 8.54 | 0.00 | 2.80 | 2.53 | 2.21 | 0.40 | 0.30 | 0.20 | 0.10 |
| | TOTAL | 16.47 | 0.00 | 2.80 | 2.53 | 2.21 | 2.35 | 2.25 | 2.15 | 2.18 |
| TATUM | GREGORY | 16229.13 | 0.00 | 0.00 | 0.00 | 0.00 | 4117.94 | 4117.94 | 4117.94 | 4375.31 |
| | INTEREST | 18037.41 | 0.00 | 5919.54 | 5342.60 | 4664.83 | 836.46 | 630.56 | 424.66 | 218.76 |
| | TOTAL | 34766.54 | 0.00 | 5919.54 | 5342.60 | 4664.83 | 4954.40 | 4748.50 | 4542.60 | 4594.07 |
| GANCOS | THOMAS | 3203.66 | 0.00 | 0.00 | 0.00 | 0.00 | 788.59 | 788.59 | 788.59 | 837.89 |
| | INTEREST | 3454. | 0.00 | 1133.60 | 1025.11 | 893.32 | 160.18 | 120.75 | 81.32 | 41.91 |
| | TOTAL | 6657. | 0.00 | 1133.60 | | | | | | |

EASTOWN DISTRIBUTORS

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| FRONTIERA | RICKY M. | 1888.40 | 0.00 | 0.00 | 0.00 | 0.00 | 464.84 | 464.84 | 464.84 | 493.88 |
| | INTEREST | 2036.09 | 0.00 | 668.21 | 603.08 | 526.57 | 94.42 | 71.18 | 47.94 | 24.69 |
| | TOTAL | 3924.49 | 0.00 | 668.21 | 603.08 | 526.57 | 559.26 | 536.02 | 512.78 | 518.57 |
| GARMON | THAER S. | 468.88 | 0.00 | 0.00 | 0.00 | 0.00 | 115.42 | 115.42 | 115.42 | 122.62 |
| | INTEREST | 505.54 | 0.00 | 165.91 | 149.74 | 130.74 | 23.44 | 17.67 | 11.90 | 6.14 |
| | TOTAL | 974.42 | 0.00 | 165.91 | 149.74 | 130.74 | 138.86 | 133.09 | 127.32 | 128.76 |
| MC GOUGH | DAVID J. | 471.94 | 0.00 | 0.00 | 0.00 | 0.00 | 116.17 | 116.17 | 116.17 | 123.43 |
| | INTEREST | 508.86 | 0.00 | 167.00 | 150.72 | 131.60 | 23.60 | 17.79 | 11.98 | 6.17 |
| | TOTAL | 980.80 | 0.00 | 167.00 | 150.72 | 131.60 | 139.77 | 133.96 | 128.15 | 129.60 |
| FEARN, JR. | MARK S. | 7.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1.87 | 1.87 | 1.87 | 1.99 |
| | INTEREST | 8.20 | 0.00 | 2.69 | 2.43 | 2.12 | 0.38 | 0.29 | 0.19 | 0.10 |
| | TOTAL | 15.80 | 0.00 | 2.69 | 2.43 | 2.12 | 2.25 | 2.16 | 2.06 | 2.09 |
| BAEZO JR. | SALVADOR | 131.85 | 0.00 | 0.00 | 0.00 | 0.00 | 32.46 | 32.46 | 32.46 | 34.47 |
| | INTEREST | 142.17 | 0.00 | 46.66 | 42.11 | 36.77 | 6.59 | 4.97 | 3.35 | 1.72 |
| | TOTAL | 274.02 | 0.00 | 46.66 | 42.11 | 36.77 | 39.05 | 37.43 | 35.81 | 36.19 |
| MACHUPA | KOFI A. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | INTEREST | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PONDER JR | MELVIN | 25004.61 | 0.00 | 0.00 | 0.00 | 0.00 | 6154.98 | 6154.98 | 6154.98 | 6539.67 |
| | INTEREST | 26960.06 | 2400.00 | 6447.79 | 7985.44 | 6972.40 | 1250.23 | 942.48 | 634.73 | 326.99 |
| | TOTAL | 51964.67 | 2400.00 | 6447.79 | 7985.44 | 6972.40 | 7405.21 | 7097.46 | 6789.71 | 6866.66 |
| LEWIS | THOMAS C | 86860.50 | 14000.00 | 0.00 | 0.00 | 0.00 | 21381.07 | 21381.07 | 21381.07 | 22217.29 |
| | INTEREST | 93653.63 | 14000.00 | 16735.33 | 27739.79 | 24220.63 | 4342.99 | 3274.02 | 2204.97 | 1135.90 |
| | TOTAL | 180514.13 | 14000.00 | 16735.33 | 27739.79 | 24220.63 | 25724.06 | 24655.09 | 23586.04 | 23853.19 |
| HASHEM III | JOHN M. | 2669.74 | 0.00 | 0.00 | 0.00 | 0.00 | 657.17 | 657.17 | 657.17 | 698.23 |
| | INTEREST | 2878.53 | 0.00 | 944.68 | 852.61 | 744.44 | 133.49 | 100.63 | 67.77 | 34.91 |
| | TOTAL | 5548.27 | 0.00 | 944.68 | 852.61 | 744.44 | 790.66 | 757.80 | 724.94 | 733.14 |
| STARKWEATHER | BRADLEY | 2926.83 | 0.00 | 0.00 | 0.00 | 0.00 | 720.45 | 720.45 | 720.45 | 765.48 |
| | INTEREST | 3155.73 | 0.00 | 1035.65 | 934.71 | 816.13 | 146.34 | 110.32 | 74.30 | 38.28 |
| | TOTAL | 6082.56 | 0.00 | 1035.65 | 934.71 | 816.13 | 866.79 | 830.77 | 794.75 | 803.76 |
| GLASSHEYER | RUSSELL | 105.24 | 0.00 | 0.00 | 0.00 | 0.00 | 25.91 | 25.91 | 25.91 | 27.51 |
| | INTEREST | 113.47 | 0.00 | 37.24 | 33.61 | 29.35 | 5.26 | 3.97 | 2.67 | 1.37 |
| | TOTAL | 218.71 | 0.00 | 37.24 | 33.61 | 29.35 | 31.17 | 29.88 | 28.58 | 28.88 |
| WHITE | FLOYD E. | 114.21 | 0.00 | 0.00 | 0.00 | 0.00 | 28.11 | 28.11 | 28.11 | 29.88 |
| | INTEREST | 123.13 | 0.00 | 40.41 | 36.47 | 31.84 | 5.71 | 4.30 | 2.90 | 1.50 |
| | TOTAL | 237.34 | 0.00 | 40.41 | 36.47 | 31.84 | 33.82 | 32.41 | 31.01 | 31.38 |
| JULEFF | JAMES L. | 48167.57 | 0.00 | 0.00 | 0.00 | 0.00 | 11570.60 | 11570.60 | 11570.60 | 13455.77 |
| | INTEREST | 50422.54 | 0.00 | 12257.74 | 12037.69 | 11279.18 | 10595.03 | 1829.50 | 1250.97 | 672.43 |
| | TOTAL | 98590.11 | 0.00 | 12257.74 | 12037.69 | 11779.18 | 22165.63 | 13400.10 | 12821.57 | 14128.20 |
| LEE | HOWARD M | 296.46 | 0.00 | 0.00 | 0.00 | 0.00 | 72.97 | 72.97 | 72.97 | 77.55 |
| | INTEREST | 319.65 | 0.00 | 104.90 | 94.68 | 82.67 | 14.82 | 11.17 | 7.53 | 3.88 |
| | TOTAL | 616.11 | 0.00 | 104.90 | 94.68 | 82.67 | 87.79 | 84.14 | 80.50 | 81.43 |
| GOLDEN | KISH L. | 438.29 | 0.00 | 0.00 | 0.00 | 0.00 | 107.89 | 107.89 | 107.89 | 114.62 |
| | INTEREST | 472.58 | 0.00 | 155.09 | 139.98 | 112.22 | 21.92 | 16.52 | 11.13 | 5.72 |
| | TOTAL | 910.87 | 0.00 | 155.09 | 139.98 | 122.22 | 129.81 | 124.41 | 119.02 | |

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| JOHNSON | RONALD S | 618.61 | 0.00 | 0.00 | 0.00 | 0.00 | 152.27 | 152.27 | 152.27 | 161.80 |
| | INTEREST | 666.99 | 0.00 | 218.89 | 197.56 | 122.50 | 30.93 | 23.32 | 15.20 | 8.09 |
| | TOTAL | 1285.60 | 0.00 | 218.89 | 197.56 | 172.50 | 183.20 | 175.59 | 167.97 | 169.89 |
| PONDER | MARVIN L | 1252.73 | 0.00 | 0.00 | 0.00 | 0.00 | 433.90 | 433.90 | 433.90 | 461.01 |
| | INTEREST | 1900.58 | 0.00 | 623.73 | 562.94 | 491.53 | 88.14 | 66.44 | 44.75 | 23.05 |
| | TOTAL | 3663.31 | 0.00 | 623.73 | 562.94 | 491.53 | 522.04 | 500.34 | 478.65 | 484.08 |
| JONES | FRANKLIN | 117520.59 | 0.00 | 0.00 | 0.00 | 0.00 | 28928.15 | 28928.15 | 28928.15 | 30736.14 |
| | INTEREST | 126711.07 | 0.00 | 41584.20 | 37531.22 | 32769.98 | 5876.03 | 4429.62 | 2983.21 | 1536.81 |
| | TOTAL | 244231.66 | 0.00 | 41584.20 | 37531.22 | 32769.98 | 34804.18 | 33357.77 | 31911.36 | 32272.95 |
| KIRBY | HOWARD J | 90810.52 | 0.00 | 0.00 | 0.00 | 0.00 | 22353.36 | 22353.36 | 22353.36 | 23750.44 |
| | INTEREST | 97912.20 | 14000.00 | 18132.95 | 29001.13 | 25322.02 | 4540.53 | 3422.86 | 2305.19 | 1187.52 |
| | TOTAL | 188722.72 | 14000.00 | 18132.95 | 29001.13 | 25322.01 | 26893.89 | 25776.22 | 24658.55 | 24937.95 |
| TOCCO | PETER J | 15925.31 | 0.00 | 0.00 | 0.00 | 0.00 | 4273.63 | 3804.63 | 3804.63 | 4042.42 |
| | INTEREST | 17118.31 | 0.00 | 5852.16 | 4959.53 | 4333.33 | 796.24 | 582.58 | 392.35 | 202.12 |
| | TOTAL | 33043.62 | 0.00 | 5852.16 | 4959.53 | 4333.33 | 5069.87 | 4387.21 | 4196.98 | 4244.54 |
| SNARSKI | ALAN L | 19908.26 | 0.00 | 0.00 | 0.00 | 0.00 | 4900.49 | 4900.49 | 4900.49 | 5206.79 |
| | INTEREST | 21465.15 | 2400.00 | 4644.46 | 6357.88 | 5557.31 | 995.41 | 750.39 | 505.36 | 260.34 |
| | TOTAL | 41373.41 | 2400.00 | 4644.46 | 6357.88 | 5557.31 | 5895.90 | 5650.88 | 5405.85 | 5467.13 |
| FARSETTI | CHENE P | 502.05 | 0.00 | 0.00 | 0.00 | 0.00 | 123.58 | 123.58 | 123.58 | 131.31 |
| | INTEREST | 541.31 | 0.00 | 177.65 | 160.33 | 139.99 | 25.10 | 18.92 | 12.74 | 6.58 |
| | TOTAL | 1043.36 | 0.00 | 177.65 | 160.33 | 139.99 | 148.68 | 142.50 | 136.32 | 137.89 |
| POLK | MAURICE | 2113.56 | 0.00 | 0.00 | 0.00 | 0.00 | 520.26 | 520.26 | 520.26 | 552.28 |
| | INTEREST | 2278.85 | 0.00 | 747.88 | 674.98 | 589.36 | 105.68 | 79.67 | 53.65 | 27.63 |
| | TOTAL | 4392.41 | 0.00 | 747.88 | 674.98 | 589.36 | 625.94 | 599.93 | 573.91 | 580.41 |
| WAITES | MELVIN | 1030.92 | 0.00 | 0.00 | 0.00 | 0.00 | 253.76 | 253.76 | 253.76 | 269.64 |
| | INTEREST | 1111.54 | 0.00 | 364.79 | 329.23 | 287.47 | 51.55 | 38.86 | 26.17 | 13.47 |
| | TOTAL | 2142.46 | 0.00 | 364.79 | 329.23 | 287.47 | 305.31 | 292.62 | 279.93 | 283.11 |
| STANLEY IV | BURL | 1524.64 | 0.00 | 0.00 | 0.00 | 0.00 | 375.30 | 375.30 | 375.30 | 398.74 |
| | INTEREST | 1643.87 | 0.00 | 539.49 | 486.91 | 425.14 | 76.23 | 57.47 | 38.70 | 19.93 |
| | TOTAL | 3168.51 | 0.00 | 539.49 | 486.91 | 425.14 | 451.53 | 432.77 | 414.00 | 418.67 |
| EPPS | TRAVIS D | 1064.34 | 0.00 | 0.00 | 0.00 | 0.00 | 261.99 | 261.99 | 261.99 | 278.37 |
| | INTEREST | 1147.57 | 0.00 | 376.61 | 339.90 | 296.78 | 53.22 | 40.12 | 27.02 | 13.92 |
| | TOTAL | 2211.91 | 0.00 | 376.61 | 339.90 | 296.78 | 315.21 | 302.11 | 289.01 | 292.29 |
| SMITH | SCOTT A | 31964.90 | 0.00 | 0.00 | 0.00 | 0.00 | 7868.28 | 7868.28 | 7868.28 | 8360.06 |
| | INTEREST | 34464.67 | 2400.00 | 11310.66 | 10208.27 | 8913.24 | 1598.25 | 1204.83 | 811.42 | 418.00 |
| | TOTAL | 66429.57 | 2400.00 | 11310.66 | 10208.27 | 8913.24 | 9466.53 | 9073.11 | 8679.70 | 8778.06 |
| JENKINS | GEORGE | 402.04 | 0.00 | 0.00 | 0.00 | 0.00 | 98.96 | 98.96 | 98.96 | 105.16 |
| | INTEREST | 433.48 | 0.00 | 142.26 | 128.39 | 112.11 | 20.10 | 15.15 | 10.21 | 5.26 |
| | TOTAL | 835.52 | 0.00 | 142.26 | 128.39 | 112.11 | 119.06 | 114.11 | 109.17 | 110.42 |
| KONDRAT | BRIAN K | 85.52 | 0.00 | 0.00 | 0.00 | 0.00 | 21.05 | 21.05 | 21.05 | 22.37 |
| | INTEREST | 92.22 | 0.00 | 30.26 | 27.32 | 23.85 | 4.28 | 3.22 | 2.17 | 1.12 |
| | TOTAL | 177.74 | 0.00 | 30.26 | 27.32 | 23.85 | 25.33 | 24.27 | 23.22 | 23.49 |
| BOATNER | DANNON T | 2019.89 | 0.00 | 0.00 | 0.00 | 0.00 | 497.20 | 497.20 | 497.20 | 528.29 |
| | INTEREST | 2177.86 | 0.00 | 714.73 | 645.07 | 563.24 | 100.99 | 76.13 | 51.22 | 26.43 |
| | TOTAL | 4197.75 | 0.00 | 714.73 | 645.07 | 563.24 | 598.19 | 573.33 | | |

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| BARCH | DENNIS J | 4086.51 | 0.00 | 0.00 | 0.00 | 0.00 | 1005.91 | 1005.91 | 1005.91 | 1068.78 |
| | INTEREST | 4405.09 | 0.00 | | | | 204.33 | 154.03 | 103.73 | 53.44 |
| | TOTAL | 8492.60 | 0.00 | 1446.00 | 1305.06 | 1139.50 | 1210.24 | 1159.94 | 1109.64 | 1122.22 |
| MOORE | HAROLD L | 1131.22 | 0.00 | | | 0.00 | 278.45 | 278.45 | 278.45 | 295.87 |
| | INTEREST | 1219.67 | 0.00 | 400.27 | 361.26 | 315.43 | 56.56 | 42.64 | 28.72 | 14.79 |
| | TOTAL | 2350.89 | 0.00 | 400.27 | 361.26 | 315.43 | 335.01 | 321.09 | 307.17 | 310.66 |
| KOWALSKI | KENNETH | 13484.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3319.14 | 3319.14 | 3319.14 | 3526.58 |
| | INTEREST | 14538.50 | 1200.00 | 3571.26 | 4306.24 | 3759.94 | 674.20 | 508.24 | 342.29 | 176.33 |
| | TOTAL | 28022.50 | 1200.00 | 3571.26 | 4306.24 | 3759.94 | 3993.34 | 3827.38 | 3661.43 | 3702.91 |
| SHILLCUTT | VINCENT | 415.69 | 0.00 | 0.00 | 0.00 | 0.00 | 102.32 | 102.32 | 102.32 | 108.73 |
| | INTEREST | 448.20 | 0.00 | 147.09 | 132.75 | 115.91 | 20.78 | 15.67 | 10.55 | 5.45 |
| | TOTAL | 863.89 | 0.00 | 147.09 | 132.75 | 115.91 | 123.10 | 117.99 | 112.87 | 114.18 |
| YOUNG | DAVID A | 7653.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1882.57 | 1882.57 | 1883.01 | 2001.75 |
| | INTEREST | 8252.35 | 0.00 | 2708.27 | 2444.31 | 2134.22 | 382.69 | 288.49 | 194.29 | 100.08 |
| | TOTAL | 15906.14 | 0.00 | 2708.27 | 2444.31 | 2134.22 | 2266.70 | 2172.50 | 2078.30 | 2101.84 |
| WHITFIELD | TERRY E | 3528.86 | 0.00 | 0.00 | 0.00 | 0.00 | 868.64 | 868.64 | 868.64 | 922.94 |
| | INTEREST | 3804.84 | 0.00 | 1248.68 | 1126.98 | 984.01 | 176.44 | 133.01 | 89.58 | 46.14 |
| | TOTAL | 7333.70 | 0.00 | 1248.68 | 1126.98 | 984.01 | 1045.08 | 1001.65 | 958.22 | 969.08 |
| DAWSON JR. | MORRIS | 46471.20 | 0.00 | 16805.36 | 14631.39 | 12780.17 | 12025.56 | 11247.56 | 11247.56 | 11950.52 |
| | INTEREST | 50020.17 | 0.00 | | | | 2323.53 | 1722.28 | 1159.90 | 597.54 |
| | TOTAL | 96491.37 | 0.00 | 16805.36 | 14631.39 | 12780.17 | 14349.09 | 12969.84 | 12407.46 | 12548.06 |
| PEERS | STEVEN P | 23802.99 | 0.00 | 0.00 | 0.00 | 0.00 | 5859.20 | 5859.20 | 5859.20 | 6225.39 |
| | INTEREST | 25664.47 | 0.00 | 8422.60 | 7601.70 | 6637.34 | 1190.15 | 897.19 | 604.23 | 311.26 |
| | TOTAL | 49467.46 | 0.00 | 8422.60 | 7601.70 | 6637.34 | 7049.35 | 6756.39 | 6463.43 | 6536.65 |
| WILLIAMS | GREGORY | 995.48 | 0.00 | 0.00 | 0.00 | 0.00 | 245.04 | 245.04 | 245.04 | 260.36 |
| | INTEREST | 1073.33 | 0.00 | 352.25 | 317.92 | 277.58 | 49.77 | 37.52 | 25.27 | 13.02 |
| | TOTAL | 2068.81 | 0.00 | 352.25 | 317.92 | 277.58 | 294.81 | 282.56 | 270.31 | 273.38 |
| CRAIG | WILLIAM | 9041.81 | 0.00 | 0.00 | 0.00 | 0.00 | 2225.68 | 2225.68 | 2225.68 | 2364.77 |
| | INTEREST | 9748.92 | 0.00 | 3199.41 | 2887.58 | 2521.26 | 452.09 | 340.81 | 229.52 | 118.25 |
| | TOTAL | 18790.73 | 0.00 | 3199.41 | 2887.58 | 2521.26 | 2677.77 | 2566.49 | 2455.20 | 2483.02 |
| DANIELS | ANTHONY | 2914.18 | 100.00 | 0.00 | 0.00 | 0.00 | 717.34 | 717.34 | 717.34 | 752.15 |
| | INTEREST | 3142.07 | 100.00 | 931.17 | 930.67 | 812.60 | 145.71 | 109.84 | 73.98 | 38.10 |
| | TOTAL | 6056.25 | 100.00 | 931.17 | 930.67 | 812.60 | 863.05 | 827.18 | 791.32 | 800.26 |
| TOWNS | TERRY D. | 89.01 | 0.00 | 0.00 | 0.00 | 0.00 | 21.91 | 21.91 | 21.91 | 23.28 |
| | INTEREST | 95.96 | 0.00 | 31.49 | 28.42 | 24.82 | 4.45 | 3.35 | 2.26 | 1.17 |
| | TOTAL | 184.97 | 0.00 | 31.49 | 28.42 | 24.82 | 26.36 | 25.26 | 24.17 | 24.45 |
| DUMAS | JEROME L | 118.41 | 0.00 | 0.00 | 0.00 | 0.00 | 29.15 | 29.15 | 29.15 | 30.96 |
| | INTEREST | 127.68 | 0.00 | 41.90 | 37.82 | 33.02 | 5.92 | 4.46 | 3.01 | 1.55 |
| | TOTAL | 246.09 | 0.00 | 41.90 | 37.82 | 33.02 | 35.07 | 33.61 | 32.16 | 32.51 |
| LUNDY | BRIAN E | 6580.09 | 0.00 | 0.00 | 0.00 | 0.00 | 1619.71 | 1619.71 | 1619.71 | 1220.96 |
| | INTEREST | 7094.67 | 0.00 | 2328.34 | 2101.41 | 1834.82 | 329.00 | 248.02 | 167.03 | 86.05 |
| | TOTAL | 13674.76 | 0.00 | 2328.34 | 2101.41 | 1834.82 | 1948.71 | 1867.73 | 1786.74 | 1807.01 |
| GRAHAM | JOSEPH C. | 23430.30 | 0.00 | 0.00 | 0.00 | 0.00 | 11673.84 | 3838.84 | 3838.84 | 4078.78 |
| | INTEREST | 24398.01 | 0.00 | 11926.34 | 5372.20 | 2740.37 | 11751.47 | 587.82 | 395.88 | 203.93 |
| | TOTAL | 47828.31 | 0.00 | 11926.34 | 5372.20 | 2740.37 | 1845.31 | 4426.66 | 4234.72 | 4282.71 |

RADIUM DISTRIBUTORS

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| WHITFIELD | WILLIAM | 76218.70 | 0.00 | 0.00 | 0.01 | 0.00 | 18761.53 | 18761.53 | 18761.53 | 19934.11 |
| | INTEREST | 82172.25 | 11000.00 | 15669.68 | 24341.11 | 21253.17 | 3810.93 | 2872.86 | 1934.78 | 996.71 |
| | TOTAL | 158397.95 | 11000.00 | 15969.69 | 24341.11 | 21253.17 | 22572.46 | 21634.39 | 20696.31 | 20930.82 |
| RUFFIN SR | SHERMAN | 121.18 | 0.00 | 0.00 | 0.00 | 0.00 | 29.83 | 29.83 | 129.83 | 31.69 |
| | INTEREST | 130.65 | 0.00 | 42.68 | 38.70 | 33.79 | 6.06 | 4.57 | 3.08 | 1.57 |
| | TOTAL | 251.83 | 0.00 | 42.88 | 38.70 | 33.79 | 35.89 | 34.40 | 32.91 | 33.26 |
| ANDERSON | DARNELL | 115760.05 | 14000.00 | 0.00 | 0.00 | 0.00 | 28494.78 | 28494.78 | 28494.78 | 30275.71 |
| | INTEREST | 124812.88 | 14000.00 | 26961.25 | 36968.99 | 32279.07 | 5788.000 | 4363.26 | 2938.59 | 1513.79 |
| | TOTAL | 240572.93 | 14000.00 | 26961.25 | 36968.99 | 32279.07 | 34282.78 | 32858.04 | 31433.30 | 31789.50 |
| TOLIN | LAWRENCE | 12232.62 | 0.00 | 0.00 | 0.00 | 0.00 | 3011.11 | 3011.11 | 3011.11 | 3199.29 |
| | INTEREST | 13189.24 | 0.00 | 4328.46 | 3906.59 | 3411.00 | 611.63 | 461.08 | 310.52 | 159.96 |
| | TOTAL | 25421.86 | 0.00 | 4328.46 | 3906.59 | 3411.00 | 3622.74 | 3472.19 | 3321.63 | 3359.25 |
| PARKER | KEVIN P. | 31054.29 | 0.00 | 0.00 | 0.00 | 0.00 | 7646.59 | 7646.59 | 7646.59 | 8124.52 |
| | INTEREST | 33493.62 | 0.00 | 10991.98 | 9920.65 | 8662.11 | 1553.21 | 1170.88 | 788.55 | 406.24 |
| | TOTAL | 64557.91 | 0.00 | 10991.98 | 9920.65 | 8662.11 | 9199.80 | 8817.47 | 8435.14 | 8530.76 |
| HEGLER | RUSSELL | 49.49 | 0.00 | 0.00 | 0.00 | 0.00 | 12.18 | 12.18 | 12.18 | 12.95 |
| | INTEREST | 53.36 | 0.00 | 17.51 | 15.80 | 13.80 | 2.47 | 1.87 | 1.26 | 0.65 |
| | TOTAL | 102.85 | 0.00 | 17.51 | 15.80 | 13.80 | 14.65 | 14.05 | 13.44 | 13.60 |
| GRANTHAM | JOHNNY R | 1311.99 | 0.00 | 0.00 | 0.00 | 0.00 | 322.95 | 322.95 | 322.95 | 343.14 |
| | INTEREST | 1414.59 | 0.09 | 464.24 | 418.99 | 365.84 | 65.60 | 49.45 | 33.30 | 17.17 |
| | TOTAL | 2726.58 | 0.09 | 464.24 | 418.99 | 365.84 | 388.55 | 372.40 | 356.25 | 360.31 |
| FINKEY | BRIAN K | 5.52 | 0.00 | 0.00 | 0.00 | 0.00 | 1.36 | 1.36 | 1.36 | 1.44 |
| | INTEREST | 5.96 | 0.00 | 1.96 | 1.77 | 1.54 | 0.28 | 0.21 | 0.14 | 0.06 |
| | TOTAL | 11.48 | 0.00 | 1.96 | 1.77 | 1.54 | 1.64 | 1.57 | 1.50 | 1.50 |
| SPARKS | WILLIAM | 3634.76 | 0.00 | 0.00 | 0.00 | 0.00 | 894.71 | 894.71 | 894.71 | 950.63 |
| | INTEREST | 3919.01 | 0.00 | 1286.15 | 1160.79 | 1013.53 | 181.74 | 137.00 | 92.27 | 47.53 |
| | TOTAL | 7553.72 | 0.00 | 1286.15 | 1160.79 | 1013.53 | 1076.45 | 1031.71 | 986.98 | 998.16 |
| BONANNO | WILLIAM | 4951.13 | 0.00 | 0.00 | 0.00 | 0.00 | 1218.74 | 1218.74 | 1218.74 | 1294.91 |
| | INTEREST | 5338.32 | 0.00 | 1251.94 | 1581.19 | 1380.59 | 247.56 | 186.62 | 125.68 | 64.74 |
| | TOTAL | 10289.45 | 0.00 | 1751.94 | 1581.19 | 1360.59 | 1466.30 | 1405.36 | 1344.42 | 1359.65 |
| MERCURIO | DONALD | 130024.15 | 0.00 | 0.00 | 0.00 | 0.00 | 32005.94 | 32005.94 | 32005.94 | 34005.33 |
| | INTEREST | 140192.46 | 0.00 | 46008.54 | 41524.35 | 36256.53 | 6501.21 | 4900.91 | 3300.61 | 1700.31 |
| | TOTAL | 270216.61 | 0.00 | 46008.54 | 41524.35 | 36256.53 | 38507.15 | 36906.85 | 35306.55 | 35706.64 |
| SMITH JR. | ODELL R. | 132.77 | 0.00 | 0.00 | 0.00 | 0.00 | 32.68 | 32.68 | 32.68 | 34.73 |
| | INTEREST | 143.15 | 0.00 | 46.98 | 42.40 | 37.02 | 6.64 | 5.00 | 3.37 | 1.74 |
| | TOTAL | 275.92 | 0.00 | 46.98 | 42.40 | 37.02 | 39.32 | 37.68 | 36.05 | 36.47 |
| SNYDER | SCOTT | 60495.04 | 0.00 | 0.00 | 0.00 | 0.00 | 14891.09 | 14891.09 | 14891.09 | 15821.77 |
| | INTEREST | 65225.96 | 5550.00 | 15855.94 | 19319.62 | 16868.72 | 3024.25 | 2280.20 | 1535.64 | 791.09 |
| | TOTAL | 125721.00 | 5550.00 | 15855.94 | 19319.62 | 16868.72 | 17915.84 | 17171.29 | 16426.73 | 16612.86 |
| MARTINEZ | DAVID V. | 4204.38 | 0.00 | 0.00 | 0.00 | 0.00 | 1034.92 | 1034.92 | 1034.92 | 1099.62 |
| | INTEREST | 4533.16 | 0.00 | 1487.70 | 1342.70 | 1172.36 | 210.22 | 158.47 | 106.73 | 54.98 |
| | TOTAL | 8737.54 | 0.00 | 1487.70 | 1342.70 | 1172.36 | 1245.14 | 1193.39 | 1141.65 | 1154.60 |
| RUSSELL | TONY T. | 138.82 | 0.00 | 0.00 | 0.00 | 0.00 | 34.17 | 34.17 | 34.17 | 36.31 |
| | INTEREST | 149.67 | 0.00 | 49.12 | 44.35 | 38.70 | 5.94 | 5.23 | 3.52 | 1.82 |
| | TOTAL | 288.49 | 0.00 | 49.12 | 44.33 | 38.70 | 41.11 | 39.40 | 37.69 | |

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| PONDER | STEVEN D | 5311.58 | 0.00 | 0.00 | 0.00 | 0.00 | 1307.47 | 1307.47 | 1307.47 | 1389.17 |
| | INTEREST | 5726.97 | 0.00 | 1879.48 | 1696.30 | 1481.11 | 265.58 | 200.21 | 134.83 | 69.46 |
| | TOTAL | 11038.55 | 0.00 | 1879.48 | 1696.30 | 1481.11 | 1573.05 | 1507.68 | 1442.30 | 1458.63 |
| CROSS | EDWARD A | 926.59 | | 0.00 | 0.00 | 0.00 | 228.08 | 228.08 | 228.08 | 242.35 |
| | INTEREST | 999.04 | 0.00 | 327.87 | 295.91 | 258.37 | 46.33 | 34.92 | 23.52 | 12.12 |
| | TOTAL | 1925.63 | 0.00 | 327.87 | 295.91 | 258.37 | 274.41 | 263.00 | 251.60 | 254.47 |
| KELL | MICHAEL | 5572.67 | 0.00 | 0.00 | 0.00 | 0.00 | 1371.73 | 1371.73 | 1371.73 | 1457.48 |
| | INTEREST | 6008.47 | 0.00 | 1971.87 | 1779.68 | 1553.91 | 278.63 | 210.05 | 141.46 | 72.87 |
| | TOTAL | 11581.14 | 0.00 | 1971.87 | 1779.68 | 1553.91 | 1650.36 | 1581.78 | 1513.19 | 1530.35 |
| RIMAY | HARVIN S | 138951.57 | 15000.00 | 0.00 | 0.00 | 0.00 | 34203.46 | 34203.46 | 34203.46 | 36341.19 |
| | INTEREST | 149818.05 | 15000.00 | 34167.48 | 44375.40 | 38745.90 | 6947.58 | 5237.41 | 3527.23 | 1817.05 |
| | TOTAL | 288769.62 | 15000.00 | 34167.48 | 44375.40 | 38745.90 | 41151.04 | 39440.87 | 37730.69 | 38158.24 |
| GRAY | RAYMOND | 4689.11 | | | | | 1154.24 | 1154.24 | 1154.24 | 1226.39 |
| | INTEREST | 5055.82 | 0.00 | 1659.23 | 1497.51 | 1307.53 | 234.46 | 176.74 | 119.03 | 61.32 |
| | TOTAL | 9744.93 | 0.00 | 1659.23 | 1497.51 | 1307.53 | 1388.70 | 1330.98 | 1273.27 | 1287.71 |
| DUDA | DANIEL J | 83049.94 | 11000.00 | 0.00 | 0.00 | 0.00 | 20443.06 | 20443.06 | 20443.06 | 21720.76 |
| | INTEREST | 89544.71 | 11000.00 | 18386.90 | 26522.72 | 23158.02 | 4152.50 | 3110.34 | 2108.19 | 1086.04 |
| | TOTAL | 172594.65 | 11000.00 | 18386.90 | 26522.72 | 23158.00 | 24595.56 | 23553.40 | 22551.25 | 22806.80 |
| HAYES III | SAMUEL N | 2152.62 | 0.00 | 0.00 | 0.00 | 0.00 | 529.88 | 529.88 | 529.88 | 562.98 |
| | INTEREST | 2320.98 | 0.00 | 761.70 | 687.46 | 600.25 | 107.63 | 81.14 | 54.64 | 28.16 |
| | TOTAL | 4473.60 | 0.00 | 761.70 | 687.46 | 609.25 | 637.51 | 611.02 | 584.52 | 591.14 |
| VAN DE VEN | RICHARD | 52486.16 | 0.00 | 0.00 | 0.00 | 0.00 | 22765.82 | 22765.82 | 22765.82 | 24188.70 |
| | INTEREST | 99718.87 | 0.00 | 32725.87 | 29536.26 | 25789.26 | 4624.31 | 3486.02 | 2347.73 | 1209.42 |
| | TOTAL | 192205.03 | 0.00 | 32725.87 | 29536.26 | 25789.26 | 27390.13 | 26251.84 | 25113.55 | 25398.12 |
| BUSHAW | JAMES M. | 48276.82 | 8000.00 | 0.00 | 0.00 | 0.00 | 11883.52 | 11883.52 | 11883.52 | 12626.26 |
| | INTEREST | 52052.23 | 8000.00 | 9082.57 | 15417.63 | 13461.73 | 2413.84 | 1819.66 | 1225.49 | 631.31 |
| | TOTAL | 100329.05 | 8000.00 | 9082.57 | 15417.63 | 13461.73 | 13297.36 | 13703.18 | 13109.01 | 13257.57 |
| WEAVER | LAWRENCE | 1600.09 | 0.00 | 0.00 | 0.00 | 0.00 | 393.87 | 393.87 | 393.87 | 418.48 |
| | INTEREST | 1725.24 | 0.00 | 566.19 | 511.01 | 446.18 | 80.01 | 60.31 | 40.62 | 20.92 |
| | TOTAL | 3325.33 | 0.00 | 566.19 | 511.01 | 446.18 | 473.88 | 454.18 | 434.49 | 439.40 |
| ARMSTRONG | RONALD K | 642.15 | 0.00 | 0.00 | 0.00 | 0.00 | 158.07 | 158.07 | 158.07 | 167.94 |
| | INTEREST | 692.36 | 0.00 | 227.22 | 205.07 | 179.06 | 32.11 | 24.20 | 16.30 | 8.40 |
| | TOTAL | 1334.51 | 0.00 | 227.22 | 205.07 | 179.06 | 190.18 | 182.27 | 174.37 | 176.34 |
| KELLY | MICHAEL | 5439.79 | 0.00 | 0.00 | 0.00 | 0.00 | 1339.03 | 1339.03 | 1339.03 | 1422.70 |
| | INTEREST | 5865.18 | 0.00 | 1924.84 | 1737.24 | 1516.85 | 271.99 | 205.04 | 138.09 | 71.13 |
| | TOTAL | 11304.97 | 0.00 | 1924.84 | 1737.24 | 1516.85 | 1611.02 | 1544.07 | 1477.12 | 1493.83 |
| MABEE | STEVEN G | 34626.23 | 0.00 | 0.00 | 0.00 | 0.00 | 8876.93 | 8407.93 | 8407.93 | 8933.44 |
| | INTEREST | 37281.69 | 0.00 | 12469.40 | 10931.83 | 9547.98 | 1731.28 | 1287.46 | 867.07 | 446.67 |
| | TOTAL | 71907.92 | 0.00 | 12469.40 | 10931.83 | 9547.98 | 10608.21 | 9695.39 | 9275.00 | 9380.11 |
| ROSENBERG | JEFFREY | 6521.80 | | | | | 1605.37 | 1605.37 | 1605.37 | 1705.69 |
| | INTEREST | 7031.81 | 0.00 | 2307.71 | 2082.79 | 1818.56 | 326.09 | 245.82 | 165.55 | 85.29 |
| | TOTAL | 13553.61 | 0.00 | 2307.71 | 2082.79 | 1818.56 | 1931.46 | 1851.19 | 1770.92 | 1790.98 |
| EMRE | LARRY M. | 830.38 | 0.00 | 0.00 | 0.00 | 0.00 | 204.40 | 204.40 | 204.40 | 217.18 |
| | INTEREST | 895.31 | 0.00 | 293.82 | 265.19 | 231.28 | 43.52 | 31.30 | 21.08 | |
| | TOTAL | 1725.69 | 0.00 | 293.82 | 265.19 | 231.28 | | | | |

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| RAISS | JAMES H. | 762.00 | 0.00 | 0.00 | 0.00 | 0.00 | 762.00 | 0.00 | 0.00 | 0.00 |
| | INTEREST | 737.21 | 0.00 | 623.00 | 38.07 | 38.07 | 38.07 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 1499.21 | 0.00 | 623.00 | 38.07 | 38.07 | 800.07 | 0.00 | 0.00 | 0.00 |
| REMAUD | ROGER | 36844.70 | 0.00 | 0.00 | 0.00 | 0.00 | 9069.46 | 9069.46 | 9069.46 | 9636.32 |
| | INTEREST | 39726.07 | 0.00 | 13037.35 | 11766.67 | 10273.94 | 1842.23 | 1388.76 | 995.29 | 481.83 |
| | TOTAL | 76570.77 | 0.00 | 13037.35 | 11766.67 | 10273.94 | 10911.69 | 10458.22 | 10004.75 | 10118.15 |
| JULEFE | LAURIE J. | 7838.62 | 0.00 | 0.00 | 0.00 | 0.00 | 1929.51 | 1929.51 | 1929.51 | 2050.09 |
| | INTEREST | 8451.63 | 600.00 | 2173.67 | 2503.33 | 2185.76 | 391.93 | 295.46 | 198.98 | 102.50 |
| | TOTAL | 16290.25 | 600.00 | 2173.67 | 2503.33 | 2185.76 | 2321.44 | 2224.97 | 2128.49 | 2152.59 |
| BORROCCI | JAMES V. | 69823.70 | 0.00 | 0.00 | 0.00 | 0.00 | 17187.37 | 17187.37 | 17187.37 | 18261.59 |
| | INTEREST | 25284.15 | 11000.00 | 13706.85 | 22298.81 | 19469.96 | 3491.19 | 2631.82 | 1772.45 | 913.07 |
| | TOTAL | 145107.85 | 11000.00 | 13706.85 | 22298.81 | 19469.96 | 20678.56 | 19819.19 | 18959.82 | 19174.66 |
| WINGO | KARL W. | 50.68 | 0.00 | 0.00 | 0.00 | 0.00 | 12.48 | 12.48 | 12.48 | 13.24 |
| | INTEREST | 54.64 | 0.00 | 17.93 | 16.18 | 14.13 | 2.53 | 1.91 | 1.29 | 0.67 |
| | TOTAL | 105.32 | 0.00 | 17.93 | 16.18 | 14.13 | 15.01 | 14.39 | 13.77 | 13.91 |
| MITCHELL | KEVIN J. | 792.78 | 0.00 | 0.00 | 0.00 | 0.00 | 195.15 | 195.15 | 195.15 | 207.33 |
| | INTEREST | 854.79 | 0.00 | 280.53 | 253.18 | 221.07 | 39.64 | 29.88 | 20.12 | 10.37 |
| | TOTAL | 1647.57 | 0.00 | 280.53 | 253.18 | 221.07 | 234.79 | 225.03 | 215.27 | 217.70 |
| JABLONSKI | ANDREW S | 1825.16 | 0.00 | 0.00 | 0.00 | 0.00 | 449.27 | 449.27 | 449.27 | 477.35 |
| | INTEREST | 1967.90 | 0.00 | 645.83 | 582.88 | 508.94 | 91.26 | 68.79 | 46.33 | 23.87 |
| | TOTAL | 3793.06 | 0.00 | 645.83 | 582.88 | 508.94 | 540.53 | 518.06 | 495.60 | 501.22 |
| STIEBER | PAUL | 4097.89 | 0.00 | 0.00 | 0.00 | 0.00 | 1008.71 | 1008.71 | 1008.71 | 1021.76 |
| | INTEREST | 4418.36 | 0.00 | 1450.02 | 1308.70 | 1142.67 | 204.89 | 154.46 | 104.02 | 53.60 |
| | TOTAL | 8516.25 | 0.00 | 1450.02 | 1308.70 | 1142.67 | 1213.60 | 1163.17 | 1112.73 | 1125.36 |
| GILLIS | BARRY G. | 68172.48 | 14000.00 | 0.00 | 0.00 | 0.00 | 16780.92 | 16780.92 | 16780.92 | 17829.72 |
| | INTEREST | 73503.78 | 0.00 | 10122.56 | 21771.47 | 19009.52 | 3408.62 | 2569.58 | 1730.53 | 891.50 |
| | TOTAL | 141676.26 | 14000.00 | 10122.56 | 21771.47 | 19009.52 | 20189.54 | 19350.50 | 18511.45 | 18721.22 |
| PACE III | CALVIN R | 8979.38 | 0.00 | 0.00 | 0.00 | 0.00 | 2210.31 | 2210.31 | 2210.31 | 2348.45 |
| | INTEREST | 9681.60 | 0.00 | 3127.32 | 2867.64 | 2503.85 | 448.97 | 338.45 | 227.94 | 117.43 |
| | TOTAL | 18660.98 | 0.00 | 3177.32 | 2867.64 | 2503.85 | 2659.28 | 2548.76 | 2438.25 | 2465.88 |
| UELSMANN SR. | JOHN R. | 10502.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2585.23 | 2585.23 | 2585.23 | 2746.81 |
| | INTEREST | 11323.83 | 0.00 | 3716.27 | 3354.07 | 2928.57 | 525.12 | 395.86 | 266.60 | 137.34 |
| | TOTAL | 21826.33 | 0.00 | 3716.27 | 3354.07 | 2928.57 | 3110.35 | 2981.09 | 2851.83 | 2884.15 |
| GUZOWSKI | RICKY | 1874.03 | 0.00 | 0.00 | 0.00 | 0.00 | 461.30 | 461.30 | 461.30 | 490.13 |
| | INTEREST | 2020.60 | 0.00 | 663.12 | 598.49 | 522.57 | 93.70 | 70.64 | 47.57 | 24.51 |
| | TOTAL | 3894.63 | 0.00 | 663.12 | 598.49 | 522.57 | 555.00 | 531.94 | 508.87 | 514.64 |
| MAZZONE III | WILLIAM | 11425.77 | 800.00 | 0.00 | 0.00 | 0.00 | 2812.50 | 2812.50 | 2812.50 | 2988.27 |
| | INTEREST | 12319.31 | 0.00 | 3242.97 | 3648.92 | 3186.02 | 571.29 | 430.66 | 290.04 | 149.41 |
| | TOTAL | 23745.08 | 800.00 | 3242.97 | 3648.92 | 3186.02 | 3383.79 | 3243.16 | 3102.54 | 3137.68 |
| LONG | ALAN G. | 11575.85 | 0.00 | 0.00 | 0.00 | 0.00 | 2849.44 | 2849.44 | 2849.44 | 3022.53 |
| | INTEREST | 12481.13 | 0.00 | 4096.07 | 3696.85 | 3227.87 | 578.79 | 436.32 | 293.85 | 151.38 |
| | TOTAL | 24056.98 | 0.00 | 4096.07 | 3696.85 | 3227.87 | 3428.23 | 3285.76 | 3143.29 | 3178.91 |
| JACIUK | NEIL | 20818.23 | 0.00 | 0.00 | 0.00 | 0.00 | 5124.49 | 5124.49 | 5124.49 | 5444.76 |
| | INTEREST | 22446.28 | 0.00 | 7366.45 | 6648.48 | 5805.05 | 1040.91 | 784.69 | 528.46 | 273.24 |
| | TOTAL | 43264.51 | 0.00 | 7366.45 | 6648.48 | 5805.05 | | | | |

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| PRICE | JEFFEREY | 0.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.23 | 0.23 | 0.23 | 0.26 |
| | INTEREST | 1.03 | 0.00 | 0.34 | 0.31 | 0.27 | 0.05 | 0.04 | 0.02 | 0.00 |
| | TOTAL | 1.98 | 0.00 | 0.34 | 0.31 | 0.27 | 0.28 | 0.27 | 0.25 | 0.26 |
| WHITE | CHARLES | 428.06 | 0.00 | 0.00 | 136.71 | 0.00 | 105.37 | 105.37 | 105.37 | 111.95 |
| | INTEREST | 461.54 | 0.00 | 151.47 | 136.71 | 119.36 | 21.40 | 16.13 | 10.87 | 5.60 |
| | TOTAL | 889.60 | 0.00 | 151.47 | 136.71 | 119.36 | 126.77 | 121.50 | 116.24 | 117.55 |
| LOCRICCHIO | JOSEPH B. | 89148.79 | 0.00 | 0.00 | 0.00 | 0.00 | 21944.32 | 21944.32 | 21944.33 | 23315.83 |
| | INTEREST | 96120.53 | 14000.00 | 17544.96 | 28470.45 | 24858.66 | 4457.44 | 3360.22 | 2236.02 | 1165.79 |
| | TOTAL | 185269.32 | 14000.00 | 17544.96 | 28470.45 | 24858.66 | 26401.76 | 25304.54 | 24180.34 | 24481.62 |
| MIELKE | RICHARD | 21.98 | 0.00 | 0.00 | 0.00 | 0.00 | 5.41 | 5.41 | 5.41 | 5.75 |
| | INTEREST | 23.70 | 0.00 | 7.78 | 7.02 | 6.13 | 1.10 | 0.83 | 0.56 | 0.28 |
| | TOTAL | 45.68 | 0.00 | 7.78 | 7.02 | 6.13 | 6.51 | 6.24 | 5.97 | 6.03 |
| MACLIN | KEVIN D. | 64.92 | 0.00 | 0.00 | 20.73 | 0.00 | 15.98 | 15.98 | 15.98 | 16.98 |
| | INTEREST | 70.00 | 0.00 | 22.97 | 20.73 | 18.10 | 3.25 | 2.45 | 1.65 | 0.85 |
| | TOTAL | 134.92 | 0.00 | 22.97 | 20.73 | 18.10 | 19.23 | 18.43 | 17.63 | 17.83 |
| DAVIS | STEVEN | 363.39 | 0.00 | 0.00 | 116.06 | 0.00 | 89.45 | 89.45 | 89.45 | 95.04 |
| | INTEREST | 391.82 | 0.00 | 128.59 | 116.06 | 101.33 | 18.17 | 13.70 | 9.22 | 4.75 |
| | TOTAL | 255.21 | 0.00 | 128.59 | 116.06 | 101.33 | 107.62 | 103.15 | 98.67 | 99.79 |
| DAVIS | JOSEPH | 1731.42 | 0.00 | 0.00 | 552.94 | 0.00 | 426.20 | 426.20 | 426.20 | 452.82 |
| | INTEREST | 1866.81 | 150.00 | 462.65 | 552.94 | 482.79 | 86.57 | 65.26 | 43.95 | 22.65 |
| | TOTAL | 3598.23 | 150.00 | 462.65 | 552.94 | 484.79 | 512.77 | 491.46 | 470.15 | 475.47 |
| RUSSELL | WILLIE L. | 5374.22 | 0.00 | 0.00 | 1716.30 | 0.00 | 1327.88 | 1322.88 | 1322.88 | 1405.58 |
| | INTEREST | 5794.49 | 0.00 | 1901.64 | 1716.30 | 1498.57 | 268.71 | 202.57 | 136.42 | 70.28 |
| | TOTAL | 11168.71 | 0.00 | 1901.64 | 1716.30 | 1498.57 | 1591.59 | 1525.45 | 1459.30 | 1475.86 |
| MALINOWSKI | KENNETH | 165.34 | 0.00 | 0.00 | 0.00 | 0.00 | 40.70 | 40.70 | 40.70 | 43.24 |
| | INTEREST | 178.28 | 0.00 | 58.51 | 52.81 | 45.11 | 8.27 | 6.23 | 4.20 | 2.15 |
| | TOTAL | 343.62 | 0.00 | 58.51 | 52.81 | 46.11 | 48.97 | 46.93 | 44.90 | 45.39 |
| HALL | JOHNNY M | 278.64 | 0.00 | 0.00 | 0.00 | 0.00 | 68.59 | 68.59 | 68.59 | 72.87 |
| | INTEREST | 300.43 | 0.00 | 98.60 | 88.99 | 77.70 | 13.93 | 10.50 | 7.07 | 3.64 |
| | TOTAL | 579.07 | 0.00 | 98.60 | 88.99 | 77.70 | 82.52 | 79.09 | 75.66 | 76.51 |
| DWYER | KEVIN T. | 638.54 | 0.00 | 0.00 | 203.92 | 0.00 | 157.18 | 157.18 | 157.18 | 167.00 |
| | INTEREST | 688.47 | 0.00 | 225.94 | 203.92 | 178.05 | 31.93 | 24.07 | 16.21 | 8.35 |
| | TOTAL | 1327.01 | 0.00 | 225.94 | 203.92 | 178.05 | 189.11 | 181.25 | 173.39 | 175.35 |
| CHARRETTE | JOSEPH K | 56997.39 | 0.00 | 0.00 | 0.00 | 0.00 | 14030.13 | 14030.13 | 14030.13 | 14907.00 |
| | INTEREST | 61454.77 | 8000.00 | 12168.30 | 18202.61 | 15893.41 | 2849.87 | 2148.36 | 1446.86 | 745.36 |
| | TOTAL | 118452.16 | 8000.00 | 12168.30 | 18202.61 | 15893.41 | 16880.00 | 16178.49 | 15476.99 | 15652.36 |
| DERRA | STEPHEN | 46954.74 | 0.00 | 0.00 | 0.00 | 0.00 | 11558.09 | 11558.09 | 11558.09 | 12280.47 |
| | INTEREST | 50626.75 | 5000.00 | 11614.75 | 14995.41 | 13033.07 | 2347.74 | 1769.83 | 1191.93 | 614.02 |
| | TOTAL | 97581.49 | 5000.00 | 11614.75 | 14995.41 | 13091.07 | 13905.83 | 13327.92 | 12750.02 | 12894.49 |
| LOUIE | ANTHONY | 6275.72 | 0.00 | 0.00 | 2004.21 | 0.00 | 1544.79 | 1544.79 | 1544.79 | 1641.35 |
| | INTEREST | 6766.50 | 800.00 | 1420.64 | 2004.21 | 1749.95 | 313.79 | 236.55 | 159.31 | 82.05 |
| | TOTAL | 13042.22 | 800.00 | 1420.64 | 2004.21 | 1749.95 | 1858.58 | 1781.34 | 1704.10 | 1723.40 |
| TALANGES | JOSEPH T. | 319.89 | 0.00 | 0.00 | 0.00 | 0.00 | 78.74 | 78.74 | 78.74 | 83.67 |
| | INTEREST | 344.90 | 0.00 | 113.19 | 102.16 | 89.20 | 15.99 | 12.06 | 8.12 | 4.18 |
| | TOTAL | 664.79 | 0.00 | 113.19 | 102.16 | 89.20 | 94.73 | 90.80 | 86.86 | 87.85 |

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| ORTIZ | ABRAHAM | 222.08 | 0.00 | 0.00 | 0.00 | 0.00 | 54.67 | 54.67 | 54.67 | 58.07 |
| | INTEREST | 239.45 | 0.00 | 78.58 | 70.92 | 61.93 | 11.10 | 8.37 | 5.64 | 2.91 |
| | TOTAL | 461.53 | 0.00 | 78.58 | 70.92 | 61.93 | 65.77 | 63.04 | 60.31 | 60.98 |
| ROLAND | DAVID W | 11.17 | 0.00 | 0.00 | 0.00 | 0.00 | 2.15 | 2.15 | 2.75 | 2.92 |
| | INTEREST | 12.04 | 0.00 | 3.95 | 3.57 | 3.11 | 0.56 | 0.42 | 0.28 | 0.15 |
| | TOTAL | 23.21 | 0.00 | 3.95 | 3.57 | 3.11 | 3.31 | 3.17 | 3.03 | 3.07 |
| DAVIS | THEORDIS | 1890.16 | 0.00 | 0.00 | 0.00 | 0.00 | 465.27 | 465.27 | 465.27 | 494.35 |
| | INTEREST | 2037.98 | 0.00 | 668.83 | 603.64 | 527.06 | 94.51 | 71.24 | 47.98 | 24.72 |
| | TOTAL | 3928.14 | 0.00 | 668.83 | 603.64 | 527.06 | 559.78 | 536.51 | 513.25 | 519.07 |
| PESTA | KENNETH | 386.17 | 0.00 | 0.00 | 0.00 | 0.00 | 95.06 | 95.06 | 95.06 | 100.99 |
| | INTEREST | 416.36 | 0.00 | 136.64 | 123.32 | 107.68 | 19.31 | 14.56 | 9.80 | 5.05 |
| | TOTAL | 802.53 | 0.00 | 136.64 | 123.32 | 107.68 | 114.37 | 109.62 | 104.86 | 106.04 |
| TRINITY | DUANE | 79.15 | 0.00 | 0.00 | 0.00 | 0.00 | 19.48 | 19.48 | 19.48 | 20.71 |
| | INTEREST | 85.33 | 0.00 | 28.00 | 25.27 | 22.07 | 3.96 | 2.98 | 2.01 | 1.04 |
| | TOTAL | 164.48 | 0.00 | 28.00 | 25.27 | 22.07 | 23.44 | 22.46 | 21.49 | 21.75 |
| BRYANT | CHARLES | 61.03 | 0.00 | 0.00 | 0.00 | 0.00 | 15.02 | 15.02 | 15.02 | 15.97 |
| | INTEREST | 65.80 | 0.00 | 21.59 | 19.49 | 17.02 | 3.05 | 2.30 | 1.55 | 0.80 |
| | TOTAL | 126.83 | 0.00 | 21.59 | 19.49 | 17.02 | 18.07 | 17.32 | 16.57 | 16.77 |
| WILLIS | GEORGE B | 13.13 | 0.00 | 0.00 | 0.00 | 0.00 | 3.23 | 3.23 | 3.23 | 3.44 |
| | INTEREST | 14.14 | 0.00 | 4.64 | 4.19 | 3.66 | 0.66 | 0.49 | 0.33 | 0.17 |
| | TOTAL | 27.27 | 0.00 | 4.64 | 4.19 | 3.66 | 3.89 | 3.72 | 3.56 | 3.61 |
| MCCALLEE | STEVEN M | 4153.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1022.32 | 1022.32 | 1022.32 | 1086.23 |
| | INTEREST | 4477.98 | 800.00 | 669.59 | 1326.36 | 1158.09 | 207.66 | 156.54 | 105.43 | 54.31 |
| | TOTAL | 8631.17 | 800.00 | 669.59 | 1326.36 | 1158.09 | 1229.98 | 1178.86 | 1127.75 | 1140.54 |
| JOHNSON | MARK S | 6878.14 | 0.00 | 0.00 | 0.00 | 0.00 | 1693.08 | 1693.08 | 1693.08 | 1798.90 |
| | INTEREST | 7416.04 | 0.00 | 2433.81 | 2196.60 | 1917.93 | 343.91 | 259.25 | 174.60 | 89.94 |
| | TOTAL | 14294.18 | 0.00 | 2433.81 | 2196.60 | 1917.93 | 2036.99 | 1952.33 | 1867.68 | 1888.84 |
| HORSLEY | JOHN L | 377.47 | 0.00 | 0.00 | 0.00 | 0.00 | 92.92 | 92.92 | 92.92 | 98.71 |
| | INTEREST | 406.99 | 0.00 | 133.57 | 120.55 | 105.26 | 18.87 | 14.23 | 9.58 | 4.93 |
| | TOTAL | 784.46 | 0.00 | 133.57 | 120.55 | 105.26 | 111.79 | 107.15 | 102.50 | 103.64 |
| HUDSON | WALTER | 73.82 | 0.00 | 0.00 | 0.00 | 0.00 | 18.17 | 18.17 | 18.17 | 19.31 |
| | INTEREST | 79.61 | 0.00 | 26.13 | 23.58 | 20.59 | 3.69 | 2.78 | 1.87 | 0.97 |
| | TOTAL | 153.43 | 0.00 | 26.13 | 23.58 | 20.59 | 21.86 | 20.95 | 20.04 | 20.28 |
| ALLEN | KENNETH | 15787.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3886.10 | 3886.10 | 3886.10 | 4129.00 |
| | INTEREST | 17021.92 | 0.00 | 5586.28 | 5041.81 | 4402.20 | 789.36 | 595.06 | 400.75 | 206.46 |
| | TOTAL | 32809.22 | 0.00 | 5586.28 | 5041.81 | 4402.20 | 4675.46 | 4481.16 | 4286.85 | 4335.46 |
| WALK | CRAIG A | 33921.11 | 0.00 | 0.00 | 0.00 | 0.00 | 8349.81 | 8349.81 | 8349.81 | 8671.68 |
| | INTEREST | 36573.85 | 0.00 | 12002.85 | 10833.00 | 9458.72 | 1696.06 | 1278.56 | 861.07 | 443.59 |
| | TOTAL | 70494.96 | 0.00 | 12002.85 | 10833.00 | 9458.72 | 10045.87 | 9628.37 | 9210.88 | 9315.27 |
| THOMPSON | BOBBY | 556.25 | 0.00 | 0.00 | 0.00 | 0.00 | 136.92 | 136.92 | 136.92 | 145.49 |
| | INTEREST | 599.75 | 0.00 | 196.83 | 177.64 | 155.11 | 27.01 | 20.97 | 14.12 | 7.27 |
| | TOTAL | 1156.00 | 0.00 | 196.83 | 177.64 | 155.11 | 164.73 | 157.89 | 151.04 | 152.76 |
| JONES | JAMAL | 614.92 | 0.00 | 0.00 | 0.00 | 0.00 | 151.36 | 151.36 | 151.36 | 160.84 |
| | INTEREST | 663.02 | 0.00 | 217.59 | 196.38 | 171.47 | 30.75 | 23.18 | 15.61 | 8.04 |
| | TOTAL | 1277.94 | 0.00 | 217.59 | 196.38 | 171.47 | 182.11 | 174.54 | 166.97 | |

| NAME | | TOTAL | 11/00 | 12/00 | 12/01 | 12/02 | 12/03 | 12/04 | 12/05 | 12/06 |
|---|---|---|---|---|---|---|---|---|---|---|
| KIRBY | KENYATTA | 54.19 | 0.00 | 0.00 | 0.00 | 0.00 | 13.34 | 13.34 | 13.34 | 14h17 |
| | INTEREST | 58.42 | 0.00 | 0.00 | 17.30 | 15.11 | 2.04 | 2.04 | 1.38 | 0.71 |
| | TOTAL | 112.61 | 0.00 | 19.17 | 17.30 | 15.11 | 16.05 | 15.38 | 14.72 | 14.88 |
| BENTLEY | LEONARD | 591.19 | 0.00 | 0.00 | 0.00 | 0.00 | 170.14 | 170.14 | 170.14 | 180.72 |
| | INTEREST | 745.23 | 0.00 | 244.57 | 220.73 | 192.73 | 34.56 | 26.05 | 17.55 | 9.04 |
| | TOTAL | 1436.42 | 0.00 | 244.57 | 220.73 | 192.73 | 204.70 | 196.19 | 187.69 | 189.81 |
| JEFFERSON | WILLIAM | 2950.91 | 0.00 | 0.00 | 0.00 | 0.00 | 726.38 | 726.38 | 726.38 | 771.77 |
| | INTEREST | 318.68 | 0.00 | 1044.17 | 942.40 | 822.85 | 147.55 | 111.23 | 74.91 | 38.57 |
| | TOTAL | 6132.59 | 0.00 | 1044.17 | 942.40 | 822.85 | 873.93 | 837.61 | 801.29 | 810.34 |
| HARRIS III | EARLO L. | 1938.91 | 0.00 | 686.07 | 619.21 | 540.65 | 477.27 | 477.27 | 477.27 | 507.10 |
| | INTEREST | 2090.53 | 0.00 | | 619.21 | 540.65 | 96.95 | 73.08 | 49.22 | 25.35 |
| | TOTAL | 4029.44 | 0.00 | 686.07 | 619.21 | 540.65 | 574.22 | 550.35 | 526.49 | 532.45 |
| ETTER JR | WILLIAM | 1565.07 | 0.00 | 0.00 | 0.00 | 0.00 | 385.50 | | | 409.32 |
| | INTEREST | 1687.46 | 0.00 | 553.79 | 499.82 | 436.41 | 78.25 | 58.99 | 39.73 | 20.47 |
| | TOTAL | 3252.53 | 0.00 | 553.79 | 499.82 | 436.41 | 463.50 | 444.24 | 424.98 | 429.79 |
| FARRIS | HAROLD R. | 653.22 | 0.00 | 0.00 | 0.00 | 0.00 | 160.79 | 160.79 | 160.79 | 170.85 |
| | INTEREST | 704.30 | 0.00 | 231.14 | 208.61 | 182.15 | 32.66 | 24.62 | 16.58 | 8.54 |
| | TOTAL | 1357.52 | 0.00 | 231.14 | 208.61 | 182.15 | 193.45 | 185.41 | 177.37 | 179.39 |
| GANDY | GEORGE | 2318.56 | 0.00 | 820.41 | 740.45 | 646.52 | 570.72 | 570.72 | 570.72 | 606.40 |
| | INTEREST | 2499.88 | 0.00 | | | | 115.93 | 87.39 | 58.86 | 30.32 |
| | TOTAL | 4818.44 | 0.00 | 820.41 | 740.45 | 646.52 | 686.65 | 658.11 | 629.58 | 636.72 |
| JOHNSON | RUSSELL | 13247.10 | 900.00 | 3787.44 | 4230.58 | 3693.88 | 3260.82 | 3260.82 | 3260.82 | 3464.54 |
| | INTEREST | 14283.07 | 900.00 | | | | 562.36 | 499.31 | 336.27 | 173.23 |
| | TOTAL | 27530.17 | 900.00 | 3787.44 | 4230.58 | 3693.88 | 3923.18 | 3760.13 | 3597.09 | 3637.87 |
| WOOLRIDGE | ARVILE M | 107.81 | 0.00 | 0.00 | 0.00 | 0.00 | 26.54 | 26.54 | 26.54 | 28.19 |
| | INTEREST | 116.22 | 0.00 | 38.14 | 34.42 | 30.06 | 5.39 | 4.06 | 2.74 | -1.41 |
| | | 224.03 | 0.00 | 38.14 | 34.42 | 30.05 | 31.93 | 30.60 | 29.28 | 29.50 |
| DERR | ROBERT A | 3575.59 | 0.00 | 0.00 | 0.00 | 0.00 | 880.15 | 880.15 | 880.15 | 935.14 |
| | INTEREST | 3855.21 | 0.00 | 1265.21 | 1141.90 | 997.03 | 178.78 | 134.77 | 90.76 | 46.76 |
| | TOTAL | 7430.80 | 0.00 | 1265.21 | 1141.90 | 997.03 | 1058.93 | 1014.92 | 970.91 | 981.90 |
| GEHMAN | ANTHONY | 298.23 | 0.00 | 0.00 | 0.00 | 0.00 | 73.41 | 73.41 | 73.41 | 78.00 |
| | INTEREST | 321.54 | 0.00 | 105.52 | 95.24 | 83.16 | 14.91 | 11.24 | 7.57 | 3.90 |
| | TOTAL | 619.77 | 0.00 | 105.52 | 95.24 | 83.16 | 88.32 | 84.65 | 80.98 | 81.90 |
| MARINER | JAMES E. | 6150.29 | 0.00 | 0.00 | 0.00 | 0.00 | 1513.92 | 1513.92 | 1513.92 | 1608.53 |
| | INTEREST | 6631.27 | 0.00 | 2176.26 | 1964.15 | 1714.98 | 307.51 | 231.82 | 156.12 | 80.43 |
| | TOTAL | 12781.56 | 0.00 | 2176.26 | 1964.15 | 1714.98 | 1821.43 | 1745.74 | 1670.04 | 1688.96 |
| RXPAY | | 3319134.00 | 0.00 | 932358.00 | 1049283.00 | 917612.00 | 837347.00 | 810000.00 | 810000.00 | 861787.00 |
| EREST | INTEREST | 3574173.00 | 250000.00 | | | | 174143.00 | 124089.00 | 83589.00 | 43089.00 |
| MENT | | 6893307.00 | 250000.00 | 932368.00 | 1049283.00 | 917612.00 | 1011490.00 | 934089.00 | 893589.00 | 904876.00 |

UNITED STATES of America,
Plaintiff–Appellee,

v.